1 AMENDED COMPLAINT ;
June 8th, 2023 (Thursday)

# 23-3202-NJR

## UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

SCANNED at MENARD and E-mailed
6/12/23 by OC 90 pages
Date    Initials    No.

Robert Morris _____ )
_____ )   Case Number: 23-CV-1162
_____ )   _____
_____ )        (Clerk's Office will provide)
_____ )
       Plaintiff(s)/Petitioner(s)      )
                    v.                 )   ☑ CIVIL RIGHTS COMPLAINT
                                       )   pursuant to 42 U.S.C. §1983 (State Prisoner)
Major Rowland, BHT 'ms.R' (Register), c/o Agne )  ☐ CIVIL RIGHTS COMPLAINT
Sgt. Royster (now Lieutenant), MHP 'ms. Buettner', Lt. J. )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Schoenbeck ▓▓▓, I.A./INTEL M. Ottensmeier #3443, c/o )   ☐ CIVIL COMPLAINT
Hoffman, c/o Evans, c/o Duloney, Lt. Bradley Sadler #4065, ▓▓ )  pursuant to the Federal Tort Claims Act, 28 U.S.C.
Zang, DR. Meyers, Sgt.    Defendant(s)/Respondent(s)  )   §§1346, 2671-2680, or other law
Story, Sgt. Graetz, Sgt. Laminack, Sgt. Morris and N.P. Crane

## I.    JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of
     confinement.

Robert Morris #R71372
Menard Corr. Cen.
P.O. Box #1000
Menard Ill., 62259-0711

**Defendant #1:**

B.   Defendant Major Rowland _____ is employed as
a Correctional &    (a)    (Name of First Defendant)
Security    Major of Security Staff in the North ²Housing Unit
                    (b)            (Position/Title)

with 711 Kaskaskia Rd. / P.O. Box #1000 _____
            (c)         (Employer's Name and Address)

Menard, Ill., 62259 _____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☑ Yes    ☐ No

If your answer is YES, briefly explain:

     I believe this defendant may have registered themselves
Rev. 10/3/19    to work for I.D.O.C. @ Menard.

**Defendant #2:**

C.    Defendant ___BHT 'Ms. B? (Reglesler)___ is employed as

(Name of Second Defendant)

___Mental Health Behavioral Technician___

(Position/Title)

with ___711 Kaskaskia Rd. / P.O. Box# 1000___

(Employer's Name and Address)

___Menard Ill., 62259-0711___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑Yes    ☐ No

If you answer is YES, briefly explain:

I believe this defendant may have registered themselves to work for I.D.O.C. @ Menard.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

# 3

Defendant : ___c/o Agne___ is employed as

: a Correctional Security Officer

with : 711 Kaskaskia Rd. / P.O. Box# 1000

Menard Ill., 62259-0711

☑ Yes! Defendant was employed when complaint arose    explain,
: I believe this defendant may have registered themselves
to work for I.D.O.C. @ Menard,

Rev. 10/3/19

Defendant #4    Defendant: Sgt. Royster (Now Lieutenant), is employed as,
                              Security
                    : was a Sergeant, but now a Lieutenant   with,
                    : 711 Kaskaskia Rd. / P.O. Box #1000

    Menard Ill., 62259

☑ Yes! Defendant was employed when complaint arose    explain,
                    : I believe this defendant may have registered themselves to
work for I.D.O.C. @ Menard.


Defendant #5    Defendant: MHP 'Ms. Buettner', is employed as,
                    : a Mental Health Professional      with,
                    : 711 Kaskaskia Rd. / P.O. Box #1000

    Menard Ill., 62259

☑ Yes! Defendant was employed when complaint arose    explain,
                    : I believe this defendant may have registered themselves to
work for I.D.O.C. @ Menard.


Defendant #6    Defendant: Lt. J. Schoenbeck, is employed as,
                    a Correctional Security
                    : a Lieutenant (and the Chairperson of the Adjustment Committee)
                with : 711 Kaskaskia Rd. / P.O. Box #1000

    Menard Ill., 62259

☑ Yes! Defendant was employed when complaint arose    explain,
                    : I believe this defendant may have registered themselves to
work for I.D.O.C. @ Menard.

Defendant #7          Defendant: I.A./INTEL M. Ottensmeier #3443 is employed as
                      : the facility's Internal Affairs/Intelligence Unit    with
                      : 711 Kaskaskia Rd. / P.O. Box #1000

Menard Ill., 62259

☑ Yes! Defendant was employed when complaint arose        explain,
                      : I believe this defendant may have registered themselves to
work for I.D.O.C. @ Menard.

Defendant #8          Defendant: C/o Hoffman          is employed as
                      : a correctional security officer    with,
                      : 711 Kaskaskia Rd. / P.O. Box #1000

Menard Ill., 62259

☑ Yes! Defendant was employed when complaint arose        explain,
                      : I believe this defendant may have registered them-
selves to work for I.D.O.C. @ Menard.

Defendant #9          Defendant: C/o Evans          is employed as
                      : a correctional security officer    with,
                      : 711 Kaskaskia Rd. / P.o. Box #1000

Menard Ill., 62259

☑ Yes! Defendant was employed when complaint arose        explain,
                      : I believe this defendant may have registered themselves to
work for I.D.O.C. @ Menard.

Defendant #10    Defendant: C/O Dulaney                , is employed as,
                            : a Correctional Security Officer              with,
                            : 711 Kaskaskia Rd. / P.O. Box Box# 1000

Menard Ill., 62259

[✓] Yes! Defendant was employed when complaint arose explain,
                            : I believe this defendant may have registered themselves
to work for I.D.O.C. @ Menard.

Defendant #11    Defendant: Lt. Bradley Sadler #4005        , is employed as,
                            (also apart of the EXTRACTION TEAM)
                            : a correctional Security Lieutenant        with,
                            : 711 Kaskaskia Rd. / P.O. Box# 1000

Menard Ill., 62259

[✓] Yes! Defendant was employed when complaint arose        explain,
                            : I believe this defendant may have registered them—
selves to work for I.D.O.C. @ Menard.

Defendant #12    Defendant: Lt. Zang                , is employed as,
                            : a correctional Security Lieutenant        with,
                            : 711 Kaskaskia Rd. / P.O. Box# 1000

Menard Ill., 62259

[✓] Yes! Defendant was employed when complaint arose        explain,
                            : I believe this defendant may have registered them—
selves to work for I.D.O.C. @ Menard.

Defendant #13          Defendant: DR. Meyers          , is employed as,
              : either as a correctional/state medical doctor* or an employ
where aligned and accompanied with Wexford Health Souros, Inc.
              : 711 Kaskaskia Rd. / P.O. Box #1000

☑ Yes! Defendant was employed when complaint arose    explain,
              : I believe this defendant may have been elected by
state reps or, either this defendant may have registered themselves.

Defendant #14          Defendant: Sgt. Story          is employed as,
              (also apart of the EXTRACTION TEAM);
              : a correctional Security Sergeant        with,
              : 711 Kaskaskia Rd. / P.O. Box #1000

☑ Yes! Defendant was employed when complaint arose explain,
              : I believe this defendant may have registered them-
selves to work for I.D.O.C. @ Menard.

Defendant #15          Defendant: Sgt. Gaetz          is employed as,
              (also apart of the EXTRACTION team)
              : a correctional security Sergeant        with,
              : 711 Kaskaskia Rd. / P.O. Box. #1000

☑ Defendant was employed when complaint arose          explain,
              : I believe this defendant may have registered them-
selves to work for I.D.O.C. @ Menard.

Defendant #16          Defendant: Sgt. Laminack          , is employed          as,
                       ( also )apart of the EXTRACTION TEAM )
                       : a correctional security Sergeant          with,
                       : 711 Kaskaskia Rd. / P.O. Box #1000

☑ Yes! Defendant was employed when complaint arose          explain,
                       : I believe this defendant may have Registered
themselves to work for I.D.O.C. @ Menard.


Defendant #17          Defendant: Sgt. Morris          is employed          as,
                       ( also apart of the EXTRACTION TEAM)
                       : a Correctional security staff          with,
                       : 711 Kaskaskia Rd. / P.O. Box #1000

☑ Yes! Defendant was employed when complaint arose          explain,
                       : I believe this defendant may have registered
themselves to work for I.D.O.C. @ Menard.


Defendant #18          Defendant: N.P. Crane          , is employed          as,
                       : either as a correctional/state medical Nurse Pract-
ioner or an employee whose aligned and accompanied with Wexford Health Sources, Inc.
                       : 711 Kaskaskia Rd. / P.O. Box #1050

☑ Yes! Defendant was employed when complaint arose          explain,
                       : I believe this defendant may have registered
themselves to work for I.D.O.C. @ Menard.

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☑Yes  ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):

Morris

Defendant(s):

Dart

2.    Court (if federal court, name of the district; if state court, name of the county):

Northern Dist. of Illinois

3.    Docket number:

13-CV-00190

4.    Name of Judge to whom case was assigned:

Dant Powell

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

Civil Rights action

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

Settled

~~PAGE 1~~  Case 3:23-cv-01162-DWD  ~~Document 1~~  Filed 04/06/23  ~~Page 9 of 41~~  ~~Page ID #9~~

! AMENDED COMPLAINT !

PAGE 1 OF 3

II. PREVIOUS LAWSUITS (Additional)

B.

1.) Morris (plaintiff)
    Morris (defendant)
2.) Central Dist. of Illinois
3.) 13-CV-02079
4.) Don't Recall
5.) Civil Rights action
6.) May 5th, 2016 (settled)

(also), 1.) Morris (plaintiff)
    Peterson (defendant)
2.) Northern Dist. of Illinois
3.) 14-CV-00672
4.) Don't Recall
5.) Civil Rights action
6.) December 10th, 2014 (settled)

(also), 1.) Morris (plaintiff)
    Stateville (defendant)
2.) Northern Dist. of Illinois
3.) 14-CV-05178
4.) Don't Recall
5.) Civil Rights action
6.) January 16th, 2015 (voluntarily dismissed)

(also) 1.) Morris (plaintiff)
    Schwartz (defendant)
2.) Northern Dist. of Illinois
3.) 14-CV-07982
4.) Honorable Andrea Wood
5.) Civil Rights action
6.) March 29th, 2019 (summary Judgement granted in favor of defendant)

(also) 1.) Morris (plaintiff)
    Amos (defendant)
2.) Northern Dist. of Illinois
3.) 15-CV-02531
4.) Honorable Andrea Wood
5.) Civil Rights action
6.) June 10th, 2016 (voluntarily dismissed)

(also) 1.) Morris (plaintiff)
    Nelson (defendant)
2.) Northern Dist. of Illinois
3.) 17-CV-05940
4.) Don't Recall
5.) Civil Rights action
6.) March 23rd, 2020 (summary Judgment granted in favor of defendant)

!AMENDED COMPLAINT!

PAGE 2 - of 3

II. PREVIOUS LAWSUITS (Additional)

B.

(also)  1.) Morris (plaintiff)
     Glecker (defendant)
     2.) Northern Dist. of Illinois
     3.) 17-cv-05938
     4.) Honorable Andrea Wood
     5.) Civil Rights action
     6.) Around April/May 2022 (settled)

(also)  1.) Morris (plaintiff)
     Lee (defendant)
     2.) Southern Dist. of Illinois
     3.) 17-cv-00857
     4.) Honorable Nancy J. Rosenthegal
     5.) Civil Rights action
     6.) November 14th, 2019 (settled)

(also)  1.) Morris (plaintiff)
     Trost (defendant)
     2.) Southern Dist. of Illinois
     3.) 17-cv-01166
     4.) Honorable Nancy J. Rosenthegal
     5.) Civil Rights action
     6.) March 31st 2020 (Summary Judgement
granted in favor of defendant)

(also)  1.) Morris (plaintiff)
     Engelage (defendant)
     2.) Southern Dist. of Illinois
     3.) 17-cv-01167
     4.) Honorable Nancy J. Rosenthegal
     5.) Civil Rights action
     6.) November 14th (2019) (Settled)

*
(also)  1.) Morris (plaintiff)
     Rubideau (defendant)
     2.) Northern Dist. of Illinois
     3.) 18-cv-00183
     4.) Don't Recall
     5.) Civil Rights action
     6.) June 28th, 2018 (dismissed)
     (* Strike #1, failure to state a
     claim)

(also)  1.) Morris (plaintiff)
     Obaisi (defendant)
     2.) Northern Dist. of Illinois
     3.) 17-cv-5939
     4.) Honorable ~~Andrea Wood~~
     5.) Civil Rights action
     6.) December 15th, 2022 (pending)
also March 31st, 2023 Summary
Judgement Denied to the Defendants

Case 3:23-cv-03302-NJR   Document 2   Filed 10/06/23   Page 11 of 100   Page ID #14
AMENDED COMPLAINT!

II. PREVIOUS LAWSUITS (Additional)

  B.

(also)  1.) Morris (plaintiff)          (also) 1.) Morris (plaintiff)
MHP Zenere & Nurse Leslie (defendant)    Major Rowland et al. (defendant)
2.) Northern Dist. of Illinois           2.) ~~Southern~~ Dist. of Illinois
3.) 22-cv-1375                            3.) 23-cv-1162
4.) Honorable Andrea Wood                 4.) Honorable David W. Dugan
5.) Civil Rights action                  5.) Civil Rights action
6.) Unsure but sometime in 2023          6.) 04/06/2023 (pending)
around March 10th... (pending)

7.     Approximate date of filing lawsuit:

they all varied

8.     Approximate date of disposition:

Some settled, some dismissed in favor of defendant, some summary judgment denied as for defendants.

9.     Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

NO! I believe I may have only 1 strike.

## III.    GRIEVANCE PROCEDURE

A.     Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.     Did you present the facts relating to your complaint in the prisoner grievance procedure?                                         ☑ Yes    ☐ No

C.     If your answer is YES,
1.     What steps did you take?

I broke down to the counselor what the facts were.

2.     What was the result?

The counselor & grievance officer & A.R.B all concurred w/ each other. A fake investigation was done in Issue #2 & Issue #3.

D.     If your answer is NO, explain why not.

E.     If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                         ☐ Yes    ☐ No

F.     If your answer is YES,
1.     What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

All copies and exhibits are attached @ the end of this amended complaint.

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On 10/12/21 @ 8:45am

1.) "Major Rowland" blatantly walked around with " BHT "Ms. R." (Rayfesler) " and both Staff (Security & mental health) ignored calls for suicide-or-homicidal ideation that was being voiced by plaintiff and others.

@ 8:30am

2.) "Plaintiff" overheard "Major Rowland" tell "BHT ms. R." "just ignore them, if they do something stupid we're going to Spray them. These are our prisons, not theirs."

@ 9:15am

3.) "Plaintiff" and others tried to commit suicide and kill themselves, while housed in One-man solid cell doors/quiet cells. Without an Emergency call Button., equipped in the inside.

@ 9:30 - 9:45am

4.) "C/o Agne" and "Sgt. Royster" was assigned to the cell fires... Instead of proper and Professional training - They stated ?" Oh... that's that nigger Morris who filed those suits in 2017 - Let's spray his Black ass."

@ 9:50am - 10:00am

5.) "C/o Agne" opened the chuck-hole as "Sgt. Royster" and others assigned to his Tactical-official command sprayed mace & fire extinguisher as a torturing tool inside plaintiff cell... (which was illegally a solid cell door/quiet cell that wasn't equipped with an Emergency Call Button.) "C/o Agne" later wrote a disciplinary ticket! (which his ticket bears flaws and inaccuracy specifically his identification of plaintiff's cell number.)

6.) After those above mentioned officials sprayed (Agne & Royster), which lasted approx. 3-to-5 minutes before taking plaintiff to be seen by medical and mental health... @ approx. 10:15am

Rev. 10/3/19

( see continuation → )

IV. Statement of Claim
    Continuation: ↓

@ ↗ 12 pm

7.) All Nurses disregarded plaintiffs medical request for decontamination of the mace and the assigned mental Health Professional; "MHP Ms. Buettner" just threw plaintiff inside a crisis cell without adequately cleaning him and or the cell, which was a filthy cell and infested with vermin.

@ ↗ 12 pm - 12:15 pm

8.) "MHP Ms. Buettner" along with medical staff didn't instruct security staff to uncuff plaintiff for an immediate shower, to decontaminate. Also, this mentioned defendant noted that plaintiff was seen while he remained in an appropriate manner (which was False!)

@ 12:15 pm

9.) "MHP Ms. Buettner" mental health progress note on: 10/12/2021 @ approx. 12:15 pm stated that plaintiff/patient was and still is; "designated SMI" (which also was once noted by I.D.O.C. staff in this S.D. Ill Report & Recommendation: Conclusions of law on: 07/18/2018 ; "The Court begins by noting that the Department of Corrections has recognized that Morris is seriously mentally ill, and he was mentally ill at the time of the incident involved in this action." .... See "Morris v. Lee," #17-CV-857-NJR-DGW)

On: 10/19/21 @ ↗ 9:36 am

10.) "Lt. J. Schoenbeck" adjustment committee chairperson concluded that plaintiff; "didn't deserve S.M.I treatment by mental health or security and, because Stateville didn't give plaintiff Seg./Restricted showing time, didn't mean that Menard wont." This mentioned defendant abused his authority, violated the Rasho settlement and sentenced plaintiff to wrong imprisonment following the disciplinary ticket written by C/o Agne on: 10/12/

on: 10/19/21 @ ↗ 9:40 am

11.) "Lt. J. Schoenbeck" placed plaintiff directly back on 2 Gallery, in Restricted Housing (North 2) and verbally awared plaintiff; "We run the South, shit is going to continue to happen to you and who ever is willing to play this S.M.I. role with my staff."

During the 7am-to-3pm shift ↓

12.) On: 01/12/2022 "Plaintiff" overheard 2 Gallery officer stating; "Major Rowland", "Lt. Zang" and "Lt. Bradley Sadler" all suggested that: "Sgt. Royster", "C/o Hoffman", "C/o Evans" and "C/o Dulaney" should go and "spray them niggers" for "doing dumb S.M.I shit!"

13.) "As a peaceful protest was being conducted, someone named "Martin Alvarado #Y22371" decided to kill himself or attempt to with setting his cell or directly outside his cell on fire."

14.) "Plaintiff" observed "C/o Hoffman", "C/o Evans", "C/o Dulaney" and many others belligerently walk up the back of 2 Gallery with both mace and fire extinguishers, spraying toxics inside all cells. These toxics were sprayed in the nose, mouth, eyes, face and all over the inside of the cells to Plaintiff and others.

15.) "C/o Hoffman", "C/o Evans" and "C/o Dulaney" were personally instructed and ordered by; "Major Rowland", "Lt. Zang", "Lt. Bradley Sadler", and "Sgt. Royster" to excessively spray mace and fire extinguishers in "Plaintiffs" cell, eyes, nose, mouth and face as a retaliation, torture tactic.

16.) These above mentioned staff, i.e.; "C/o Hoffman", "C/o Evans" and "C/o Dulaney" excessively tortured "Plaintiff" for over 3-to-5 minutes, utilizing mace and fire extinguishers.

17.) These above mentioned staff didn't offer no decontamination process. Instead, they cut off "Plaintiff's" and others water supply and, confiscated personal property i.e. (soap, toothpaste, deodorant and legal materials)

18.) These above mentioned staff made the entire grievance process for Plaintiff, but not many others. (See Tory McCray grievances and affidavits) (unavailable)

19.) "I.A./INTEL Ottensmeier" turned a blind eye towards Police/correctional officer-staff misconduct. Instead, he more-so only cared about the intent and conviction behind individuals in custody. However, with his actions of allowing police brutality and misconduct, some of the mentioned staff later on received raises and title promotions which aren't or wasn't deserved.

20.) "Plaintiff" had a chance to speak to "I.A./INTEL Ottensmeier" about the 01/12/22 incident. And "I.A./INTEL Ottensmeier" just shook his shoulders and stated; "Oh, well... I'm here solely against you." "Plaintiff" then responded by stating; "Yeah, but you wrote several guys tickets stating that you observed their actions on camera... Didn't you see what the Police did too?" "I.A./INTEL Ottensmeier" just walked away and walked off from "Plaintiff's" living quarters.

21.) On: 03/28/2022 during the 11pm-7am shift "Plaintiff" had decided to go on a Hunger-strike and/ Crisis watch for self-limiting reasons... The assigned staff had stripped searched "Plaintiff" and removed him of all and any self-injuring objects... Along with the removal of "Plaintiff's" shoe-strings from his shoes and placed all clothing and shoe items in an outside lockbox directly outside and in front of his cell.

22.) Also, "plaintiff" incurred other self-limiting measures by also committing to a water strike. (So that's a: Hunger strike, water strike and all while experiencing mental health issues; Signing and administering oneself on a Crisis watch.)

23.) On: 03/31/2022 @ appox. 3:15am "Plaintiff" started experiencing chest pains and piercing pains towards his heart. "Plaintiff" then started to fall-out and in & out of consciousness @ or around 3:35am. (Needed Vitals checked and Medical Attention) about chest pains...

24.) "DR. Meyers" was alerted and made aware of these Chest Pains and he either known or should have known that "Plaintiff" was experiencing Chest Pains. But even though he was notified, he still denied Plaintiff of Closer observation and or an order for an "E.K.G."

25.) Later on: 04/04/2022 @ approx. 10:08 am — all - the - way up until 10:35 am Untrained and Unprofessional Security Staff jie; "Sgt. Royster" and "C/o Evans" (@ 10:08), "Lt Zang" (@ 40:15 am) one : "Lt. Bradley Sadler", "C/o Agni" and many others all took turns @ releasing C/o Pepper Spray on a S.M.I patient, Hunger strike, Water Strike Individual in Custody. (other staff were : "Sgt. Story", "Sgt. Gaetz", "Sgt. Laminack" and "Sgt. Morris")

26.) Because of these torturing tactics, "Plaintiff" panic and had instantly an extraordinary HEART/CHEST pains and passed out on the ground. "Plaintiff" was in and out of conciousness.

27.) Individuals and Affiant : "Kevonta Thomas" and "Allen Brown Jr." both told "Plaintiff" that they overheard him complain about "Chest pains" and "Leg issues/injuries". But all complaints were ignored by the extraction te

28.) Once out the cell "Plaintiff" was rolled in a wheel chair to the facility's Health Care Unit (H.C.U.) and was seen by "Nurse Practioner "Crane", who was very belligerent and unprofessional.

29.) "Plaintiff" had needed help getting to the "Wash Decontamination - Sink area", and after was given an "E.K.G" by medical staff. "Plaintiff" was then erroneously let go and was being talked to in a very disrespectful way by "N.P. Crane" And "Plaintiff" was rolled back by the Extraction Team Security Staff to the North 2 Housing Unit.

30.) Once back @ the North² Housing Unit, "Plaintiff" was taken to an undisclo_
spot where he was beaten and threatened by: "Lt. Bradley Sadler", "Sgt. Story",
"Sgt. Gaetz", "Sgt. Lominack", "Sgt. morris" and "C/o Agne".

31.) After the severe beating, "Plaintiff" wasn't provided access of medical
attention. And thrown back in the same cell that wasn't decontaminated from
O/e Pepper spray and others germs and bacteria.

32.) "Plaintiff" was remained hurt, with O/e Pepper Spray still on him and
inside a contaminated cell for days without decontamination and or a shower.

## U.S. Const. Amend. Violations

COUNT
1 "Major Rowland", "C/o Agne", "Sgt. Boyster", "Lt. J. Schoenbeck", and, ("B/Lt. mc Reglodea") weren't
properly trained security staff to be able to deal professionally (per "Rasho Settlement")
with a S.M.I. (seriously mentally Ill) patient adequately inside a penal
institution. Thus far, violating the "Rasho settlement agreement" (out of the C.D. Ill.)
as to the treatment and the level of Care, Concern and official professionalism given
(and or Mental Health Professionals)
by Security staff. Also, these staff Defendants fabricated disciplinary reports as far
as, misidentifying "Morris" ("Plaintiff") as being "NON-S.M.I." ... which was
so, their official professionalism and integrity as officials can be manipulated by
themselves and pursuade Lt. J. Schoenbeck of the Adjustment Committee to
find a penalty of "Guilty" for suicidal actions... (Then, in which their inadvert
intly spoke about: 08/24/20 incident @ the Stateville C.C. where "plaintiff"
didn't receive punitive segregation as he received in this claim, because of his
mental health state.) THEREFORE this violated "Plaintiff" 1ˢᵗ U.S. Const. Amend.
(Discrimination), 14ᵀᴴ U.S. Const. Amend. (Equal Protection/Due Process) and his 8ᵀᴴ

TURN

IV.

U.S. const. Amend. (Cruel & Unusual Punishment)

"MHP ms. Buettner" wrongfully placed plaintiff in an inadequate cell that was filthy while "plaintiff" was fully contaminated, All while this entire act violated the Rasho Settlement agreement, as to the treatment and level of Care, Concern and professionalism given by a mental health provider/professional. * THEREFORE, this violated "Plaintiffs" 1ˢᵗ U.S. Const. Amend. (Discrimination) 14ᵗʰ U.S. Const Amend. (Equal Protection/Due Process) and, 8ᵗʰ U.S. Const. Amend. (Cruel & Unusual Punishment)

COUNT

(2) "Major Rowland", "Lt. Zang", "Lt. Bradley Sadler", "Sgt. Royster", "C/o Hoffman", "C/o Evans", "C/o Dulaney" and "I.A./INTEL M. Ottensmeier", weren't properly trained Security Staff to be able to deal professionally (per "Rasho Settlement") with a S.M.I. (seriously mentally Ill) patient adequately inside a ▓▓▓ penal institution. Thus far, violating the "RAsho settlement agreement" (out of the C.D. ILL.) as to the treatment and the LEVEL of Care, Concern and official professionalism given by Security Staff. Also, these staff Defendants was said to have had convinced and pursuaded Counselors, Grievance officers and the Administrative Review Board to throw away "Plaintiffs" grievances/complaints about this issue. * THEREFORE, this violated "Plaintiff" 1ˢᵗ U.S. Const. Amend. (Discrimination), 14ᵗʰ U.S. Const. Amend. (Equal Protection/Due Process) and his 8ᵀᴴ U.S. Const. Amend. (Cruel & Unusual Punishment)

COUNT

(3) "Lt. Zang", "Lt. Bradley Sadler", "Lt. J. Schoenbeck", "Sgt. Royster", "Sgt. Laminack", "Sgt. Goetz", "Sgt. Story", "Sgt. Morris", "C/o Agne" and "C/o Evans" weren't properly trained Security staff to be able to deal professionally (per "Rasho Settlement") with

TURN

a S.M.I (seriously mentally Ill.) patient adequately inside a max. penal institution. Thus far, violating the "RASHO Settlement agreement" (out of the C.D. Ill.) as to the treatment and the LEVEL of Care, Concern and official profess-ionalism given by security staff. ALSO, these staff Defendants fabricated Disciplinary reports as far as, falsifying the actual report.. which was so, their official professionalism and integrity as officials can be manipulated by themselves and pursuade LT. J. Schoenbeck of the Adjustment Committee to find a "NOT Guilty" action alleging that his basis for decision was based off "Plaintiff" alleged suicidal actions. (which never happened). * THEREFORE this violated "Plaintiff" 1ST U.S. Const. Amend. (Discrimination), 14TH U.S. Const. Amend. (Equal Protection / Due Process) and his 8TH U.S. Const. Amend. (Cruel & Unusual Punishment).

"DR. Meyers" (on: 03/31/2022) and, "N.P. Crane" (on: 04/01/2022) weren't properly trained medical health Care staff to be able to deal professionally (per "Rasho Settlement") with a S.M.I. (seriously mentally Ill.) patient adequately inside a penal institution. Their acts violated the Rasho Settlement agreement, as to the treatment and LEVEL of Care, Concern and Pro-fessionalism given by medical health providers / professionals, when they're dealing with a. S.M.I. (seriously mentally Ill.) patient, esp. while on a crisis watch. * THEREFORE, this violated "Plaintiff" 1ST U.S. Const. Amend. (Discrimination), 14TH U.S. Const. Amend. (Equal Protection / Due Process) and, 8TH U.S. Const. Amend. (Cruel & Unusual Punishment).

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I will like to have compensation: compensatory, punitive & nominal damages by all mentioned staff in their INDIVIDUAL & OFFICIAL capacities. + $200,000K

I will like to have mentioned staff pay for all plaintiff's court fees, attorney fees and the cost of plaintiff's filing fees for this action. And any other compensation this court deems fair & just.

## VI.   JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☑ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

June 8th, 2023

Signed on: ~~05/08~~ 2023        Robert Morris
                (date)           Signature of Plaintiff

711 Kaskaskia Rd.               Robert Morris
Street Address                  Printed Name

Menard, Illinois, 62259         #B71372
City, State, Zip                Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

*June 8th, 2023 (Thursday)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)    Robert Morris                )
                                             )    Case No:  23-cv- 1162
              v.                             )
                                             )
                                             )    Judge: David W. Dugan
                                             )
Defendant(s)                                 )
          Mayor Rowland et al.               )

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, ___Robert Morris___, declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
(NOTE: This item must be completed.)

Peter J. Dunne
of Missouri, St. Louis,

but I have been unable to find an attorney because:

He hasn't ever back again since the first letter that was filed in the beginning of this said suit but offered under different exhibits.

3. I declare that (check all that apply):
(*Now:*)
    ☐ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

    OR
    ☑ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

(*Earlier:*)
    ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

    OR
    ☑ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
    ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☑ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

☐ Grammar school          ☐ Some high school          ☑ High school graduate

☐ Some college            ☐ College graduate          ☐ Post-graduate

6. ☑ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_Robert Morris_
Movant's Signature

_06 / 08 / 2023_
Date

_711 Kaskaskia Rd. / P.O. Box #1000_
Street Address

_Menard, Ill., 62259_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | | | |
|---|---|---|---|
| Case Name: _Morris v. Obaisi_ | | Case No.: _#17-cv-5939_ | |
| Attorney's Name: _Ralph Ginsburg_ | | The case is still pending: Yes _✓_ No ____ | |
| The appointment was limited to settlement assistance: Yes _✓_ No ____ | | | |
| Case Name: _____ | | Case No.: _____ | |
| Attorney's Name: _____ | | The case is still pending: Yes ____ No ____ | |
| The appointment was limited to settlement assistance: Yes ____ No ____ | | | |
| Case Name: _____ | | Case No.: _____ | |
| Attorney's Name: _____ | | The case is still pending: Yes ____ No ____ | |
| The appointment was limited to settlement assistance: Yes ____ No ____ | | | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Issue # 1

*Seriously Mentally I Crisis watch cell #576*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Disciplinary Report**

**Type of Report:**
☑ Disciplinary    ☐ Investigative

Facility: Menard C.C.    Date: 10-12-21

Name of Individual in Custody: Morris, Robert    ID #: R71372    SMI: ☐ yes ☑ no    Race: Black

Observation Date: 10-12-2021    Approximate Time: 9:45 ☑ a.m. ☐ p.m.    Location: North 2-401

Offense(s): DR 504: 101 Arson

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time I was assigned to 2 and 4 gallery escort in North Two Restricted Housing Unit. I was notified of a fire in cell 207 where individual in custody - Morris, Robert # R71372 is the sole occupant. Upon arriving at cell 207, I noticed a fire on the top bunk in said cell. I extinguished the fire, individual in custody Morris was then placed in hand cuffs and escorted to the North Two infirmary to be seen by Medical and Mental Health professionals. Proper chain of command notified. Individual in custody Morris was identified by state issued I.D. and 0300

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |
|---|---|---|---|---|---|
| Agne, M | 7034 | Maynard Agne #7034 | 10-12-21 | 1:25 | ☑ a.m. ☐ p.m. |

---

**Disciplinary Action:**

**Shift Review:** ☑ Temporary Confinement    ☐ Investigative Status    Reasons: NATURE OF OFFENSE

B. WESTFALL 65    Shift Supervisor's Signature    10/12/21
Printed Name and Badge #    (For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☑ Confinement reviewed by Reviewing Officer    Comment: Due to Conflict

☑ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

Mo. M Hudson    Reviewing Officer's Signature    10/12/21
Print Reviewing Officer's Name and Badge #    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if individual in custody refused to sign

| Serving Employee (Print Name) | Individual in Custody's Signature | ID# |
|---|---|---|
| Pope | 8253 | Signature |
| | Badge # | |
| Date Served: 10-12-21 | Time Served: 809 ☐ a.m. ☑ p.m. | |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

--------------------------------------------------------------------

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MORRIS, ROBERT          **IDOC Number:** R71372          **Race:** BLK

**Hearing Date/Time:** 10/19/2021  09:36 AM          **Living Unit:** MEN-N2-02-52          **Orientation Status:** N/A

**Incident Number:** 202101369/1 - MEN          **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 10/12/2021 | 202101369/1-MEN | AGNE, MAYNARD D | NORTH 2 CELLHOUSE | 09:45 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 101 | Arson<br>Comments:fire | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
-Individual in Custody Morris, Robert R71372 appeared before the committee for charges and plead not guilty.

## BASIS FOR DECISION
Based on the observation of the reporting employee, while assigned as the 2 & 4 Gallery Escort in the North 2 Cell House. I was notified of a fire in Cell 2-07 where Individual in Custody Morris, Robert R71372 is the sole occupant. Upon arrival to Cell 2-07, I observed a fire on the top bunk, that I extinguished. Morris was escorted to the North 2 Infirmary to be evaluated by Medical and Mental Health. Individual in Custody Morris was identified by State Issued ID and O360.
-Committee finds Individual in Custody guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
-Individual in Custody Morris, Robert R71372 has a history that includes multiple citations for same charge on 8/24/20.
-Mental health reviewed this Individual in Custody case. Individual in Custody is designated as seriously mentally ill (0443 completed and made part of the record) the Mental health professionals recommended a maximum of 3 months of Restrictive Housing.
**Clerical error was corrected, and Individual in Custody Morris, Robert R71372 was given a corrected copy on 10/13/21.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade<br>3 Months Segregation<br>Basis for Discipline:Nature of Offense | 3 Months C Grade<br>3 Months Segregation |

## Signatures
### Hearing Committee

| | | Date | Race |
|--|--|------|------|
| SCHOENBECK, JOSHUA A  - Chair Person | Signature | 10/19/21 | WHI |
| JONES, ANTHONY B | Signature | 10/19/21 | BLK |

Recommended Action Approved

## Final Comments: N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MORRIS, ROBERT

**Hearing Date/Time:** 10/19/2021   09:36 AM

**Incident Number:** 202101369/1 - MEN

**IDOC Number:** R71372

**Living Unit:** MEN-N2-02-52

**Status:** Final

**Race:** BLK

**Orientation Status:** N/A

---

ANTHONY D WILLS / ADW  11/15/2021

**Chief Administrative Officer**

_Signature_                    11/15/21

**Signature**        **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

11-18-21    1500

**When Served -- Date and Time**

**Run Date:** 11/16/2021 11:58:38

Illinois Department of Corrections

**Mental Health Progress Note**

Menard Correctional Center
_____
Facility

**Session Date:** October 12, 2021          **Time:** 12:15 pm          **Session Duration:** 30 minutes

**Offender Name:** (Last, First) Morris, Robert          **ID Number:** R71372

## Part I: Offender Information

**Level of Care:** ☒ General/Outpatient    ☐ Special/Residential Treatment Unit    ☒ Crisis Placement    ☐ Inpatient

**MSR:** 3/22/2089          **Discharge:** 3/22/2092

**Check all that apply:** ☒ Designated SMI    ☐ Designated GBMI    ☐ On Enforced Medication    ☐ None

☐ No face-to-face contact occurred
(If checked, skip Brief Mental Status Evaluation section, document information in Part III)

☐ Completed by Behavioral Health Technician
(If checked, skip Brief Mental Status Evaluation section, document information in Part III)

RECEIVED
DEC 17 2021
ADMINISTRATIVE REVIEW BOARD

## Part II: Brief Mental Status Evaluation

**Level of Cooperation:**    ☒ Cooperative    ☐ Guarded/Suspicious    ☐ Hostile    ☐ Uncooperative

**Orientation:**    ☒ Ox3 (Time, place, person)    ☐ OX _____ (list:)_____    ☐ Disoriented

**Affect:**    ☒ Unremarkable    ☐ Constricted    ☐ Blunt/Inexpressive    ☐ Flat    ☐ Labile

**Appearance:**    ☒ Appropriately Groomed    ☐ Disheveled    ☐ Poor Hygiene

**Thought Process:** ☒ Clear/Coherent    ☐ Circumstantial    ☐ Tangential    ☐ Perseveration
☐ Loose Association    ☐ Word Salad/Incoherent    ☐ Thought Blocking

## Part III: S.O.A.P. Note

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem; **A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

S: Mr. Morris was seen in a secure and confidential setting in the North 2 infirmary for crisis assessment after Mr. Morris set his cell on fire. CDC recommended guidelines were followed with proper PPE worn. MHP reviewed the limits of confidentiality. Mr. Morris immediately stated that he was declaring a Hunger Strike. He reported that he was declaring because "not getting my medication Wellbutrin specifically, don't have any answers on my electronics and property, I feel that the grievance process is faulty and don't have hygiene products or stationary supplies." Mr. Morris expressed many frustrations during the session. He reported that he feels like people just keep spinning him. He stated at one point, "They are going to write me a ticket for Arson, but I'm going on watch today so their tickets aren't going to matter." He came in telling this MHP that he was going on watch. He did not report any specific plan. He reported that he is going to be filing lawsuits on people.

O: Mr. Morris was alert, cooperative and oriented four times. His speech was clear and coherent at time his tone was raised. Thoughts were clear and logical. Affect was WNL and congruent with the emotions he was expressing. He was groomed appropriately for his situation. He denied HI and was able to engage in session without responding to internal/ external stimuli. He reported being suicidal with no plan. Insight and judgment were poor.

**Clinician Name (Print):** S.Buettner, LPC          **Signature:** _____

**Facility:** Menard Correctional Center          **Title:** QMHP

Page 1 of 2

Distribution:    Offender Medical File          _Printed on Recycled Paper_          DOC 0282 (Rev. 05/2016)

**Illinois Department of Corrections**

**Mental Health Progress Note**

Menard Correctional Center

Facility

**Session Date: October 12, 2021**        **Time: 12:15 pm**        **Session Duration: 30 minutes**

**Offender Name:** (Last, First)  Morris, Robert        **ID Number:** R71372

A: Unspecified Bi-Polar d/o and Personality D/O

P: Mr. Morris was placed on a 30 minute Periodic check after consulting with the Social Worker IV.  Allowed property includes: crisis smock, crisis mattress and crisis blanket.  Finger foods only no bones or utensils. Medical, Security and Dietary were notified.  He will be seen within 24 hours for crisis care by a MHP/QMHP, he benefited from session by being placed on crisis watch.

Prognosis: Poor

Clinician Name (Print):  S.Buettner, LPC        Signature:

Facility: Menard Correctional Center        Title: QMHP

Page 2 of 2

ISSUE # 1   EX # A

STATE OF ILLINOIS ) SS
County OF RANDOLPH )

AFFIDAVIT

MY NAME IS DOMINICK EPPINGER #R72313 AND I'VE BEEN BACK IN **MENARD** SINCE NOVEMEMBER 2016. I WRITE THIS AFFIDAVIT ON BEHALF OF INDIVIDUAL IN **CUSTODY**: ROBERT MORRIS #R71372

FOR A COUPLE WEEKS PRIOR TO INCIDENT (10/12/21), MYSELF AND OTHERS **INCLUDING** ROBERT MORRIS WERE COMPLAINING OF AND WRITING GRIEVANCES ABOUT THE **MISTREATMENT** OF STAFF HERE IN MENARD CORR. CENTER, AND THAT, COMMISSARY, BUSINESS STAFF, **ADMINISTRATION** STAFF, LAW LIBRARY STAFF, ETC. WERE ALL INADEQUATE IN THE WAY WE WERE BEING **TREATED**. (I.E. NO ISSUANCE OF HYGIENIC MATERIALS, STATIONARY MATERIALS, CLOTHING, MEALS NOT **MEETING** THE 2000 CALORIE A DAY REQUIREMENT, AND MORE.

WE RECEIVED NO ANSWER FROM ANY STAFF ABOUT SAID ISSUES, AND **MULTIPLE STAFF** JOKED AND MADE COMMENTS ABOUT THEM THROWING OUR GRIEVANCES AND **COMPLAINTS** AWAY. I, MYSELF, ROBERT MORRIS, JAMES TERRY, IKE LARRY JR, AND VASHAUN **WILLIAMS** ALL VOWED THAT WE WOULD RATHER DIE BY COMMITTING SUICIDE, THAN TO GIVE UNDER THESE **HARSH, INHUMANE** AND CRUEL CONDITIONS WE ARE SUBJECTED TO HERE IN MENARD. WE NOTIFIED **STAFF** ON 11AM-7PM ON 10/11/21 THAT WE NEEDED HELP, BUT THIS FELL ON DEAF EARS.

AROUND 8:30 AM B.H.T MS. R WALKED DOWN 4 GALLERY IN NORTH 2 CELLHOUSE DOING HER ROUNDS AND SHE WAS MADE AWARE OF OUR ISSUES BY IKE LARRY JR. IN #401, VASHAUN WILLIAMS IN #411, JAMES TERRY IN #412, AND MYSELF AND ROBERT MORRIS **ALSO WERE YELLING** OUR ISSUES OUT FROM 2 GALLERY (MORRIS #207, MYSELF #210), BUT SHE JUST **IGNORED** US.

FEELING WE HAD NO OTHER OPTIONS WE SET FIRES IN OUR CELLS, WHICH WE **ARE HOUSED** ALONE BEHIND A SOLID STEEL DOOR, WITH A SMALL PLASTIC WINDOW COVERED **WITH** BARS AND A CAGE, AND ONLY HOLES (SMALL) IN THE BOTTOM OF OUR DOORS WHICH MOST **ARE FILLED** WITH DUST. WE OFFSET THE FIRES TO CAUSE A CHAIN REACTION IN ORDER TO RECIEVE **IMMEDIATE** ANSWERS, OR DIE IN SEARCH OF THEM. WE CRIED AND CALLED OUT FOR HELP, BUT **STAFF** AND TACT TEAM ALLOWED US TO SUFFER FOR ABOUT 3 MINUTES BEFORE RESPONDING. **AFTER** RESPONDING WE WERE MACED WHICH MADE US BEGIN TO HYPERVENTILATE, **THEN WE WERE** SPRAYED DIRECTLY WITH THE FIRE EXTINGUISHER ALL OVER, AND THEN THE FIRE, **WE WERE** PULLED OUT OUR CELLS THEN BEAT ONCE OUT OF SIGHT OF ANY CAMERA.

WE WERE TAKEN TO HOLDING CELLS/BULLPENS IN MEDICAL AND MADE US **WAIT WHILE** CHAINED TO THE BENCH WHILE WE WERE IN AGONY, AS PUNISHMENT, AND **WE WERE** INSPECTED, LAUGHED AT, AND THREATENED BY STAFF AND TACT TEAM, BEFORE **BEING SEEN** AND PLACED ON CRISIS. WATCH. THIS WAS FROM 9AM TO 2:30PM ON 10/12/21, THIS WAS CRUEL AND UNUSUAL AND NOT EQUAL PROTECTION OR DUE PROCESS, THIS **WAS TORTURE** I WITNESSED THESE THINGS TAKE PLACE AND I WRITE THESE STATEMENTS **AS TRUE** AND IF EVER CALLED TO TESTIFY, I WOULD ATTEST TO THE SAME.

**DECLARATION UNDER PENALTY OF PERJURY**

PURSUANT TO 28 U.S.C 1746, 18 U.S.C 1621, OR 735 ILCS 5/1-109, I DECLARE **UNDER PENALTY** OF PERJURY, THAT I AM A WITNESS OF THIS ABOVE ACTION, THAT I'VE READ THE **ABOVE DOCUMENTS** AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE **BEST OF MY** KNOWLEDGE.

DATE: 10/17/21

/s/ Dominick Eppinger
DOMINICK EPPINGER #R72313
MENARD CORR. CENTER
P.O. BOX 1000
MENARD IL, 62259

RECEIVED

DEC 17 2021

ADMINISTRATIVE
REVIEW BOARD

STATE OF ILLINOIS )
                  ) SS
COUNTY OF RANDOLPH )

Larry Jr. 1 of 1

# AFFIDAVIT

My name is Ike Larry Jr (IDOC identification # Y37253) I've been in Menard this time since 4/2/21. I write this affidavit on behalf of incarcerated individua in custody: Robert Morris. (IDOC identification # R71372).

On or about the 1st week of October 2021, I myself and others including Robert Morris. Were all complaining and writing complaints/grievances about the mistreatment of Staff (here on the Menard Plantation aka Menard Correctional Center. And that commissary, the buisnes staff, administrative staff, law library staff, etc, were all inadequate in the way we were being treated, (i.e. no issuance of Hygienic materials, stationary materials, clothing, servings of meals meeting it's 2000 calorie necessity and so on and so forth.)

To no avail, we received no answer from any staff about these above mentioned issues, and we observed multiple staff laugh and joke about "them" literally throwing complaints/grievances away. Therefore on 10/12/2021 (tuesday), I, myself, Robert Morris, Domonic Eppinger, James Terry, Vashaun Williams. All vowed that we'll rather commit Self-Harm/Suicide than to live on a slave plantation, And we awared the 11pm-to-7am staff on 10/11, that we needed help but, they brushed us off.

Around 8:15am-to-8:40am "B.H.T. Ms.R." came on 4 Gallery, in North 2 cell house to do her mental health rounds... She was approached by, I, Imyself (Ike Larry Jr - IDOC identification # Y37253), Robert Morris, Domonic Eppinger, James Terry, Vashaun - Williams. Robert Morris and Domonic Eppinger yelled over the gallery their names, but she ignored us all. Cell # 207  cell # 210   Cell # 412   cell # 411

RECEIVED

DEC 17 2021

ADMINISTRATIVE
REVIEW BOARD

(1)

So, we all set fires inside our cells, Which we we're housed-alone cells, where the cells are behind-a-door, with tiny plastic windows for view and, tiny perfirated holes thats not bigger than these dots (here) ⋮ ⋮ We off-set the fires to cause some sort of chain reaction, and to receive immediate answers... We choked and called out for help! Staff answered us after about 2-to-3 mins. We suffered inside these cells. Tactical Team/Security staff came, maced us which created hyperventilation, then sprayed us with fire extingushers all over us, then the fires. Then apprehended us, then beat us.

We were all taken to medical holding cells where we all was punished, in which they made us wait to be seen and wait to be placed on crises watch from around 9am this day, to around 1:45pm - 2pm on: 10/12/2021 (tuesday). This was cruel & unusual and not equal protection or due process. This was torture... Ive witnessed these above things take place and I write these statements as true and if ever called to testify, I would attest to the same.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C 1746. 18 U.S.C 1621, or 735 ILCS 5/1-109. I declare under penalty of perjury, that I am a witness of this above action, that I've read the above documents and, that the information contained therein is true and correct to the best of my Knowledge.

DATE: OCTOBER 17th, 2021
(Sunday)

/s/ Ike Larry Jr
Ike Larry Jr #Y37253
Menard Correctional Center
P.O. Box #1000
Menard, Ill 62259-0711

(2)

STATE OF ILLINOIS )
) SS
COUNTY OF Randolph )

## AFFIDAVIT

I, James Terry IDOC # R73380 being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: that I've been in Menard this time since March 2018. I write this affidavit on behalf of incarcerated individual in custody: Robert Morris # R71372

On or about the 1st week of October 2021, I, myself and others including Robert Morris #R71372 were all complaining and writing complaints/grievances about the mistreatments of staff towards offenders in custody, here on Menard plantation, also known as, Menard Correctional Center. We were all complaining/grieving that commissary, the business staff, administrative staff, law library staff, dietary staff, mental health professionals, etc., were all inadequate in the way we were being treated, (i.e., no issuance of hygiene materials, stationary, materials, clothing, dietary meals meeting 2000 calorie necessity and so on and so forth.)

To no avail, we recieved nothing, or no answers from any staff about these above mentioned conditions and issues, and we observed multiple staff members laughing and joking about "them" literally throwing away complaints/grievances. Therefore on 10/12/21 (tuesday), I, myself, Robert Morris #R71372 Ike Larry Jr. #Y37253 Vashaun Williams #K71662, Domonic Eppinger all vowed that we'd rather commit self harm/suicide than to live on a slave plantation, and we all each made aware the 11pm - 7am staff on 10/11/21, that we needed help, but they brushed us off.

Around 8:15am - 8:40am, "B.H.T. Ms. R" came onto 4 gallery in North 2 cellhouse to do her mental health rounds. She was approached by I, myself (James Terry #R73380), Ike Larry Jr. # Y37253 cell #401 Vashaun Williams #K71662 Cell #411 Robert Morris #R71372 cell #207 Domonic Eppinger cell #210. Both Domonic Eppinger and Robert Morris yelled their names but she ignored us all. Cell #412

Page 1 of 2

RECEIVED
DEC 17 2021
ADMINISTRATIVE
REVIEW BOARD

**Affidavit (continued) Page 2 of 2**

So we set fires inside of our cells, which were house-alone cells, where the cells are behind a door, with tiny plastic windows for view and tiny prefirated holes that are no bigger than these dots here (⋰⋰⋰). We off-set the fires to cause some sort of chain reaction, and to recieve some immediate answers... We choked and started yelling for help! Staff answered us after about 2-to-3 minutes. We suffered inside those cells. Tactical Team/Security staff came and maced us with OC spray which created hyperventilation, then they sprayed us with fire extinguishers all over us, then the fires. They then apprehended us, then beat us while cuffed behind our backs.

We were all taken to medical holding cells where we were all punished, in which they made us wait to be seen, and wait to be placed on crisis watch, forcing us to sit and burn from 9am until around 1:45pm - 2pm on 10/12/21 (Tuesday). This was cruel and unusual and not equal protection or due process. This was torture... I've witnessed these above things take place, experienced them, and I write these statements as true, and if ever called to testify, I would attest to the same.

DECLARATION UNDER PENALTY OF PERJURY
Pursuant to 28 U.S.C 1746, 18 U.S.C 1621 or 735 ILCS 5/1-109, I declare under penalty of perjury that I am a witness of this above action, that I've read the above documents and, that the information contained therein is true and correct to the best of my knowledge.

Subscribed and sworn to
before me on the 27 day
of ____October____, 2021.
(wednesday)

_____
NOTARY PUBLIC

Respectfully submitted,

/s/ James Terry

James Terry #R73380
Menard Correctional Ct
P.O. Box# 1000
Menard, Illinois, 6225

RECEIVED
DEC 17 2021
ADMINISTRATIVE
REVIEW BOARD

ISSUE #2

STATE OF ILLINOIS ) 
COUNTY OF RANDOLPH ) SS

## AFFIDAVIT

My name is, Robert Morris — I am currently an incarcerated individual @ the Menard Correctional Center. I.D. # R71372. On or about, Jan. 12th, 2022 here @ the prison, in the Restricted Housing Unit — there was a PEACEFUL protest, in which me and several others held our lunch trays on the 7am-to-3pm shift. I'm unaware of exactly what "Others" wanted from staff. However, there is a widespread (pandemi of Called; "Omicron", and staff (i.e. security staff) aren't properly wearing their PPE mask and or, any of their PPE gear (wear). Staff aren't powerwashing our community showers — which carri various bacteria and germs. Staff aren't passing out purified bleach and or, antibacteria soap. Staff aren't meeting our 2000 calorie diet. And much, much more.
ec                                              "

I am located in cell #252, in the North² Restricted Housing Unit, where there are all-steel doors, not bars... with breathing holes this big ⦙⦙ and, when staff overheard us banging and yelling — because someone had set a wild fire, they (staff) came and Excessively sprayed a deadly chemical agent that they are disguising in a "Fire Extinguisher" and then they Excessively sprayed "O/C Pepper Spray/Macen", (that I truly believe is an illegal chemical agent — that's deadly alive the fire extinguisher .) They sprayed my Eyes, Nose and Mouth. (This entire act is a great form of Torture and method to inflict pain and punishment, especially those who have mental illness.. Such as I do... And that's why I cried for an Emergency Crisis Team Member and none showed up.) I also was denied, immediate decontamination of my Cell and body and Medical attention by the daily callhouse Nurse/Med Tech. (Probably due to past conflict of interest.. In which she has been consistently denying me Sick Call upon plenty of occasions ) This is Cruel and unusual Punishment. And I'll attest to these facts.. (I tried my best to file a REAL Grievance, but none wasn't provided @ all.)

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC. 1746. 18 USC 1621 or 735 ILCS 5/1-109. I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

                                      /s/ Robert Morris

                                      Name: Robert Morris
                                      I.D.O.C.: #R71372
AT: 01/15/2022                        Menard Correctional Center
(Saturday)                            P.O. Box # 1000
                                      Menard ILL., 62259-0711

STATE OF ILLINOIS )

COUNTY OF <u>RANDOLPH</u> ) SS

## <u>AFFIDAVIT</u>

My name is <u>Cortez</u> <u>Reed</u>, I am currently an incarcerated person at the Menard Correctional Center, I.D.# <u>M26214</u>. On or about, Jan. 12th, 2022 at the prison, in the Restricted Housing Unit, there was a PEACEFUL protest me and several others held our lunch trays on the 7am-to-3pm shift. I am unaware of exactly what "others" wanted from Staff. However, there is a widespread (pandemic) of "Omicron", and Staff (i.e. security staff) aren't properly wearing their PPE mask, and none of their PPE gear (wear). Staff aren't powerwashing our community showers, in which carries various bacteria and germs. Staff aren't passing out purified bleach, and or anti-bacteria soap. Staff aren't meeting our 2000 calorie diet. And much, much more. (They even cut our water off cause of the protest.)

"I am located in cell# <u>247</u>, in the North² Housing Unit, where there are cell-steel doors, not bars. With breathing holes this big ⦂∴ and staff overheard us banging and yelling, because someone had set a wild-fire, they (staff) came and Excessively sprayed deadly chemical agent that they are disguising in a "<u>Fire Extinguisher</u>" and then they Excessively sprayed "<u>O/c Pepper Spray/mace</u>" (that I truly believe is an illegal chemical agent). They sprayed my Eyes, Nose and Mouth. (This entire act is a great form of Torture and method to inflict pain and punishment, especially those who have mental illness such as I do.. And I cried for a Crisis member and none ever showed.) I also was denied, immediate decontamination of my cell and body and Medical attention by the daily cellhouse Nurse/Med Tech. This is an act of Cruel and Unusual Punishment. And I'll attest to these facts. (I tried to file a Real grievance, but none wasn't provided and or, answered.)

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare that I am a named party in the above action, and that the information contained therein is true and correct to my knowledge.

DATE: 02/24/2022

/s/ Cortez Reed

Name: Cortez Reed

I.D.O.C. # M26214

Menard Correctional Center

P.O. Box #1000

Menard Ill., 62259-0711

STATE OF ILLINOIS }
COUNTY OF RANDOLPH } ss

AFFIDAVIT

My name is, Tory McCray. I am currently am currently an incarcerated individual in the Menard Correctional Center. I.D.# M10384. On or about, Jan. 12th, 2022 here at the prison, in the Restricted Housing Unit, there was a PEACEFUL protest, in which me and several others held our "Lunch Trays" on the 7am-to-3pm Shift. I am aware of exactly what "others" wanted from Staff. However, there is a widespread (pandemic) of "Omicron", and Staff (i.e. Security Staff) aren't properly wearing their PPE mask & PPE gear (wear). Staff aren't powerwashing our community showers, which carries various bacteria and germs. Staff aren't passing out purified bleach and or, antibacteria soap. Staff aren't meeting our 2000 diet (calorie diet). And much, much more. (They even cut our water off because of the protest.)

"
I am located in cell #253, in the North² Housing Unit, where there are all-steel doors, not bars... With breathing holes this big ∴ And, when Staff overheard us banging and yelling... because someone had set a wild fire, they (staff) came and excessively sprayed a deadly chemical agent that they are disguising in a "fire Extinguisher" and (that I truly believe is an illegal chemical agent... that's deadly alike the fire Extinguisher.) They sprayed my Eyes, Nose & Mouth. I have multiple seizures and haven't been adequately receiving my seizure meds. My head was hurting, Eyes burning, I feel completely light-headed, and I was in Hyper-ventilation. I was denied medical attention by the daily Nurse/Med Tech. (There was a Nurse who came by later that day and the rest who, disregarded anything I had to say.) This is cruel and unusual punishment. And I'll attest to this. (I tried to file a grievance and the Grievance wasn't made available for me at all.)

DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC. 1746. 18 USC 1621 or 735 ILCS 5/1-109. I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 01/14/2022
( Friday )

/s/ Tory McCray
NAME: Tory McCray
I.D.O.C.# M10384

Menard Correctional Center
P.O. Box #1000
Menard Ill. , 62259-0711

Date(s) of the occurrence _____

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

N2-2-53

1st Lvl rec: JAN 1 8 2022

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: Jan 13, 2022 | Offender (please print): Tory McCray | ID #: M10384 | Race (optional): A/A |
|---|---|---|---|
| Present Facility: Menard Correctional Center | | Facility where grievance issue occurred: Menard Correctional Center | |

211-1-22 me

RECEIVED
JAN 21 2022
MENARD CC
GRIEVANCE OFFICE

**Nature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report

- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify):

- ☑ Medical Treatment
- ☐ HIPAA

- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

ON January 12, 2022, Why on 7 to 3 shift, A Group of Individual, at lauch Time whole there tray's. who wholeing there tray's someone off 4 or 2 Gallery, Lit a fire at wltch Time C/O Delaney, and Two more officer's Came ON 2 Gallery. C/O Delaney, had the fire Extinguish, as he start to Put out the fire on 2 Gallery, He begin to walk to the back of 2 Gallery, Wltch hause Cell N2 852, N2 253, N2 254, When C/O Delaney, Got to cell 252, He begin to Spray The fire extingulsh, All and the Cell of 252, I Tory McCray # M10384, House

☑ Continued on reve

**Relief Requested:**

for C/O Delaney, to be Charge and fire from I.D.O.C. for Spraying that fire Extingulsh, Inside my cell N2 253, for C.M.T. Reba Engelage, to be fire Due to her refuing to do her Job. in Not giving me Medical Treatment. and for Sgt. Dollas, to be fire from I.D.O.C. for refusing to Call medical for when he's officer, Spray my with the fire Extingulsh.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Tory McCray | M10384 | Jan 13, 2022 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office

**EMERGENCY REVIEW:**   Date Received: 1-19-22

Is this determined to be of an emergency nature:

☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Forward to IA

Chief Administrative Officer's Signature                    Date 1-19-22

Page 1 of 2   7 R Staff Conduct

Assigned Gnevance #/Institution _____    Housing Unit: N²    Bed #: 253

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

AND N² 253. C/o Delaney, begin to spray me All and My face / mouth with This fire Extingulsh. Why and The Cell of 253. I never refuse and trays I Never bang or kick on any Doors. Why being spray with this fire Extingulsh by C/o Delaney, why in this cell N² 253. I couldn't breath or see. My Hot in cold water·was turn off. C/o Delaney. Go's to the next Cell over 254, and Do the same thing, he did to my cell 253 and cell 252. Witch spray the fire Extingulsh in the cell. Now, why in my Cell N² 253, A Sergeant, and Multiple officer's was Going Cell to Cell looking for tray's. At witc Time. Sergeant Dallas. Came to my Cell-253, and ask me did I have a tray. I told him (Yes). He open the Chuck hole, I gave him the tray. I ask Sergeant (Dallas), for medical, he ask Why. I told him I was Spray and The face with a fire Extingulsh by #1 of he's officer Sergeant (Dallas) Statement to me was he would see, about geting me Medical Treatment. I am Still inside the Cell N² 253, I have not Received any medical Treatment. My head hurt. I been filling light headed I have a History of having Seizur, and I have asthma. No Sergean Nor officer's, or Lieutenant, would let me Clean my Cell nor give me any Thing to Clean my Cell with. Also, Why all this was Going on There was not a Nurse nor Doccitor, Called to See about me or The Individual That was spray by C/o Delaney.

Now on the Same day on 3 to 11 Shift, C.M.T. Nurse: Reba Engelage, Came To Pass out medication on 4 in 2 Gallery When she got to my Cell N² 253. To give me my Seizur med's, I told her that my head hurt, that I was light headed, and That I need medical Treatment. I Also Told her. I was spray in the face / mouth, by C/o Delaney, with a fire Extingulsh, she told me I had to file out a nurse sick call slip. Cause she was Passing out med's, In she walk away from my Cell. N² 253

This Cruel and unusual Punishment's. A violence of my 8Th Amendmer of my Constitution Right's. Also C/o Delaney, use Deadly force, when Spraying that fire Extinguish inside my Cell N² 253. Almost Killing·me I need Medcal Treatment, for my Injury. A.S.A.P.

Also: Please reviw All Camera on the back of 4 in 2 Gallery In N² Cell house.

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS

2nd Lvl rec:

**Offender's Grievance**

| Date: Jan. 17, 2022 | Offender (please print): Tory McCray | ID #: M10384 | Race (optional): A/A |
|---|---|---|---|

**Present Facility:** Menard Correctional Center

**Facility where grievance issue occurred:** Menard Correctional Center

**Nature of grievance:**

☐ Personal Property  ☐ Mail Handling  ☑ Medical Treatment  ☐ ADA Disability Accommodation

☑ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility  ☐ Other (specify): _____

☐ Disciplinary Report

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

On January 12, 2022, Why on 7 to 3 Shift, A Group of Individual, At lauch Time Whole there tray's, Why Wholing there trays Someone off 4 or 2 Gallery, Lit a fire At Witch Time. C/o Delaney, and Two more officer's Came on 2 Gallery C/o Delaney Had the fire Extingulsh, As he start to Put out the fire on 2 Gallery, He begain to walk to the back of 2 Gallery, Witch house Cell N² 254, N² 253, N² 252 When C/o Delaney got to Cell 252, He begin to sPray the fire Extingulsh, All and The Cell of 252, I Tory McCray #M10384, House and N² 253, C/o Delaney

☑ Continued on reverse

**Relief Requested:**

For C/o Delaney, to be Charge and fired from I.D.o.C, for SPraying that fire Extingulsh, Inside my cell N²253, for C.M.T Reba Engelage to be fired Due to her refuing to do her Job. In not giving me medical Treatment and for Sgt. Dallas to be fired for refuing to call medical for When his officer, SPray my cell with the fire Extingulsh.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Tory McCray | M10384 | Jan 17, 2022 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

RECEIVED

JAN 20 2022

ADMINISTRATIVE REVIEW BOARD.

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec.                                   2nd Lvl rec.

begin to Spray me All and My face/mouth with this fire Extingulsh. Why and the Cell of 253, I never refuse any Trays, I never bang or kick on any Doors. Why being Spray with this fire Extingulsh by C/o Delaney, why in this Cell N2 253, I Couldn't breath or see, My Hot and Cold water was turn off. C/o Delaney, Go's to the Next Cell over 254, In do the Same thing, he Did to My Cell 253 and Cell 252. Witch Spray the fire Extingulsh in the cell. Now, why in my Cell N° 253, A Sergeant, and Multiple officer's, was Going Cell to Cell looking for trays. At witbh time, Sergeant (Dallas), Came to my Cell 253, In asik me Did I have a tray. I told him (Yes) He open the Chuck hole I gave him the tray, I ask Sergeant (Dallas), for medical, He ask why I told him I was Spray and the face with a fire Extingulsh by one of the's officers. Say in (Yes) his with to me was he would See. About getting me medical Treatment. Still inside the Cell N° 253, I have not received any medical Treatment. My head hdrt, I been filling light Headed. I have a History of having Seizur, and I em have asthma. No Sergeant, nor Officer's OR Lieutenont, would let me Clean my Cell Nor give me any thing to Clean with. Also Why All this was Going on there was not a Nurse nor Doctor, Called to See about me or the Individual that was Spray by C/o Delaney.

Now on this Same day on 3 to 11 shift. A C.M.T Nurse Name: Reba, Engelage, Came to Pass out medication on 4 in 2 Gallery. when she got to my Cell N2 253, to give me my Seizur meds. I Told her that my head hart, that I was light headed, and That I need medical Treatment. I Also Told her I was Spray in the face/mouth by a CO Delaney, officer with a fire Extingulsh. She told me I had to fill out a Sick Call. Because she Not gone see me, cause she Passing out meds. and She walk away from Cell N2 253.

This Cruel and unusual Punishments. A vs violence of my 8Th Amendment of my Constitution Rights.

In Also, Please Cheak all Camera, on 4 in 2 Gallery and N2 Right in front of my Cell N2 253

N2-2-53

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 03/10/2022 | Date of Review: 03/10/2022 | Grievance # (optional): 211-1-22 |
| Offender: McCray, Tory | | ID#: M10384 |

**Nature of Grievance:**
Staff Conduct

**Facts Reviewed:**
GRIEVANCE DATED: 1/13/22 Offender states a group of individuals were holding their trays and a fire was started in North 2 4 and 2 galleries. Officer came and started spraying offender McCray in his face and mouth. Offender claims he never refused and trays and didn't bang or kick any doors. Offender. He couldn't breathe or see, and his water was turned off. Offender states he is still inside cell North 2 2-53 and have not received any medical treatment, his head hurts and is filling lightheaded.

RELIEF: For officer Delaney to be charges and fired form IDOC, for CMT Reba to be fired due to her refusing to do her job and not giving medical treatment and for Sgt Dallas to be fired from IDOC for refusing to call medical for when he's officer spray my with the fire extinguish

GRIEVANCE OFFICE REVIEWED: 3/10/22 Contacted INTEL/IA for camera footage and concluded the camera footage has nothing on the cameras that show Officer Dulaney spraying into McCray's cell, it show him doing a sweeping motion putting the fires out but he stops the sweeping motion before he gets to the back of the cell house, Cell 2-53 where McCray was and is housed. McCray may have had issue due to the fire extinguisher being sprayed in the area close to his cell. He also claimed in an interview with IA that he still has not been seen by medical. Offender was seen by medical on 1/18/22.
Staff involved in grievance was contacted and denied allegations of misconduct
Continued...

TURN

**Recommendation:**
It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED

Yvette Baker  - Menard Correctional Center
Print Grievance Officer's Name

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

Grievance Officer's Signature

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: MAR 1 6 2022 | ☑ I concur ☐ I do not concur ☐ Remand | |
| Action Taken: BY: | | |

Chief Administrative Officer's Signature

3/18/22
Date

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

Tony McCray
Offender's Signature

M10384
ID#

03/22/2022
Date

Distribution:    Master File; Offender

Page 1

DOC 0047 (Rev. 3/2019)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
### RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

North II Cell house supervisor contacted and reassured this office his staff always upholds professionalism and consistency Offender has a history of willfully and maliciously, conveying false information to employees, and in his defense these construes against him.

it ' s the opinion of this Grievance officer that offender McCrays allegations of disparaging claims are found to be fabricated and untrue.

Facility Grv. # and Date: 01/13/2022
Office Associate Answered On: 01/18/2022 by: Sheila Ramsey

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

McCray _____ Tory _____ _____ M10384
Last Name          First Name        MI      ID#

**Facility:** _____ Menard _____

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 1/17/22 ___ or ☐ Correspondence: Dated: _____

Received: 1/20/22 Regarding: C/O Delaney 1/12/22; denied medical treatment 1/12/22
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional Information required:**
- ☑ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____
                                              Date
- ☐ No justification provided for additional consideration.

Other (specify): _____
_____

Completed by: Debbie Knauer _____ Debbie Knauer _____ 1/24/22
              Print Name                    Signature              Date

Distribution:  Offender          Printed on Recycled Paper          DOC 0070 (Rev. 3/2018)
               Inmate Issues

STATE OF ILLINOIS )
) SS
COUNTY OF RANDOLPH )

Affidavit

I, Tory McCray, #M10384, Is writing this on the behalf of Robert Morris, #B71372 and others who were in Cells# 254, 249, 247, 246, 244, & 242, and that, I witnessed them all Place in Grievance to the Grievance(Box) which rarely came around. and then we all Placed in Grievance to Springfield, around the exact same week. I Place my Grievance's to Springfield. However, we still haven't Received anything back. But, about 2 weeks after we Placed in our Grievance's, Cell House workers: "George" and "Ju-Boy"(A.Burton) came around to fake-Clean up all the mase and Fire Extinguisher Chemical Subtance from the bars, and the doors. But, there's still a large amount of Chemical Subtance all around the Crackes of our Cell-doors because, they didn't Power wash this Chemical Agent up, as they should have... If ever called to testify, I would attest to these facts ( Pursuant to 28 USC 1746, 18 USC 1621 or 735 Ilcs 5/1-109, I am the named party)

/S/
Tory McCray #M10384
Menard Correctional Center

DATE: 02/13/2022            P.O. Box 1000
(sunday)                    Menard Il 62259
                            Tory McCray, #M10384

Issue # 2    EX # A

STATE OF ILLINOIS )
COUNTY OF RANDOLPH )SS

# AFFIDAVIT

My name is Ike Larry Jr, Inmate number is Y37253. I am incarcerated here at Menard Correctional Center. I write this Affidavit on behalf of my self and Robert Morris #R71372 and many others: Shawn Rudolph #M49843, Tory McCray #M10384, DaMondre Henley #M54646, Cortez Reed #M26214, Latrell T. Franklin #Y39201, Martin Alvarado-#Y22371, Assante Walker #Y24216, house here in North 2 House Segregation Unit on 2 and 4 Gallery, and future individuals.

On January 12TH around 8 am - 3:00 pm, we north 2 individual in custody held our trays on a non-voilent protect in order to talk to the Wardon, Anthony Wills about our living conditions: No hygine, cleaning supplies, clean showers, the lack of our 2000 calorie diet, no clothing, mental health, health care. Our gallery C/O's called us names, lied on us being hostile. They made us for no reason at all with big cans of peper spray staff includes: Sgt. Royster, Bradley Sadler and many others. Staff called us names, told us they don't care about what we want, that they run this camp. They used excessive force for no reason at all. Everything they did was negligence and cruel & unusal punishment, and stripped us of all of our property, blanket, ect

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746. 18 USC 1621 or 735 ILCS 5/1-109. I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents and that the information contained therein is true and correct to the best of my knowledge and belief.

DATE: 3/16/22
wensday

/s/ Ike Larry Z
Ike Larry Jr
Y37253
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

ILLINOIS DEPARTMENT OF CORRECTIONS
## Disciplinary Report

**Type of Report:**
☑ Disciplinary  ☐ Investigative-

Facility: Menard C.C.    Date: 1-12-22

Name of Individual in Custody: LARRY, IKe JR    ID #: Y37253    SMI: ☐ yes ☑ no    Race: BLK

Observation Date: 1-12-22    Approximate Time: 2:05pm ☐ a.m. ☑ p.m.    Location: N2 2-10

Offense(s): DR 504: 215 Disobeying a direct order essential to safety and security

**Observation:** (NOTE: Each offense identified above must be substantiated.) ON 1-12-22 at approx. 2:05 I Lt. B. Sadler #4065 Along with the Extraction Team Arrived at N2 2-10 to remove Larry, IKe # Y37253. I gave numerous Direct orders to "Cuff up" LARRY refused all orders and stood at the rear of the cell and appeared to be hiding something in his hand. I couldn't see what was in his hand. I then Administered a burst of OC pepper spray to the mucus membrane area. Larry did not respond to the O.C and remained at the back of the cell. I opened the door and the extraction Team entered the cell and secured LARRY in hand cuffs and Leg Irons. LARRY was seen by medical and mental Health. LARRY was turned over to line staff. IA MADE By ID CARI and 0360

**Witness(es):** _____

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| LT BRADLEY SADLER | 4065 | L, 6/2 | 1-12-22 | 5:48 | ☐ a.m. ☑ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

### Disciplinary Action:

**Shift Review:** ☑ Temporary Confinement    ☐ Investigative Status    Reasons: Nature of offense

Major Rowl #588    Mrs M_____    1-12-22
Printed Name and Badge #    Shift Supervisor's Signature    Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☐ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction**, submitted to Program Unit

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

Individual in Custody's Signature    ID#

Serving Employee (Print Name)    Badge #    Signature
☐ a.m. ☐ p.m.

Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### (Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Distribution:  Master File
              Individual in Custody

Page 1 of 1
Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

**Type of Report:**
■ Disciplinary    ☐ Investigative          Facility: Menard C.C.                    Date: 1/12/2022

Name of Individual
in Custody: Larry, Ike                      ID #: Y37253        SMI: ☐ yes ☑ no    Race: BLK

Observation Date: 1/12/2022    Approximate Time: 11:35    ■ a.m. ☐ p.m.    Location: North II 2-10

**Offense(s): DR 504:**    105; Dangerous Disturbance, 215: Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and approximate time, I was collecting North II Feed trays on 2 Gallery in the North II Cell house when multiple Individuals in Custody refused numerous direct orders to return their feed tray after their lunch time meal. Individual in Custody Larry, Ike Y37253 in cell 2-10 protested with numerous other individuals on 2 and 4 galleries by yelling obscenities, banging on their cell doors, and withholding their trays even after multiple direct orders were given to return their trays. Larry was placed in handcuffs, behind the back, and a search of his cell produced 1 hard plastic tray that he had refused to return. Proper chain of command was notified. Individual in Custody Larry, Ike Y37253 was identified by State I.D. Card and Offender 360.

Witness(es): Lt. C. Zang

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| C/O J. Williams | 6690 | | 1/12/2022 | 2:50 | ☐ a.m. ■ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____                                                                    1-12-22
**Printed Name and Badge #**                    **Shift Supervisor's Signature**                    Date
                                                (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

**Print Reviewing Officer's Name and Badge #**    **Reviewing Officer's Signature**    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

**Print Hearing Investigator's Name and Badge #**    **Hearing Investigator's Signature**    Date

---

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody
refused to sign        _____        _____
                    Individual in Custody's Signature        ID#

**Serving Employee (Print Name)**    **Badge #**    **Signature**
                                                    ☐ a.m. ☐ p.m.

**Date Served**        **Time Served**

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____        _____
Individual in Custody's Signature        ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

**Date of Disciplinary Report**    **Print individual in custody's name**    **ID#**

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |

Witness can testify to: _____

Distribution:    Master File
                Individual in Custody

Page 1 of 1
Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

F-244

STATE OF ILLINOIS ) SS
COUNTY OF RANDOLPH )

**AFFIDAVIT**

My name is; Martin Alvarado. I am currently an incarcerated individual @ the Menard Correctional Center. Identification # Y22371. On or about Jan. 12th, 2022 here @ the prison, in the Restricted Housing Unit_ there was a PEACEFUL protest, in which me and several others held our lunch trays on the 7am-to-3pm shift. I am un-aware of exactly what "others" wanted from Staff. However, there is a wide Spread (pandemic) of "Omicron", and staff (i.e. Security Staff) arent properly wearing their PPE mask and or, any of their PPE gear (wear). Staff arent powerwashing our community showers – which carries various bacteria and germs. Staff arent passing out purified bleach and or, antibacterial Soap. Staff arent meeting our 2000 Calorie diet. And much, much more. (They even cut our water off because of the protest.) I wanted & needed mental Health. I wanted to kill myself. And I realized I wasnt getting help!

I am located in Cell # 244, in the North 2 Housing Unit, where there are all-steel doors, not bars – with breathing holes this big ⠿ and, when staff overheard us banging and yelling – because I had set a wild fire, they (staff) came and Excessively sprayed a deadly chemical agent that they are disguising in a "FIRE EXTINGUISHER" and ~~~~~~ deadly inside the fire extinguisher.) They sprayed my Eyes, Nose, Mouth. (Directly) I have asthma and this act brought anguish and suffer to me because, I almost died and had to stick my face in the toilet, due to staff cutting my sink and toilet off. I wasnt provided with no milk, and or medical attention esp. for my Short of breathing I endured. This is cruel and Unusual Punishment. And I'll attest to this. (I tried to file a grievance and the Grievance Wasnt made available to me @ all.)

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109. I declare under penalty of perjury; that I am a named party in the above action, that I have read the above documents and that the information contained hereon is true and correct to the best of my knowledge.

DATE: 01/13/2022
(Thursday)

/s/ _Mar. Alvar_

Name: Martin Alvarado
I.D.O.C.# Y22371
Menard Correctional Center
P.O. Box #1000
Menard Ill., 62259-0711

ILLINOIS DEPARTMENT OF CORRECTIONS
## Disciplinary Report

**Type of Report:**
■ Disciplinary     ☐ Investigative

Facility: Menard C.C.                    Date: 1/12/2022

Name of Individual in Custody: Alvarado, Martin     ID #: Y22371     SMI: ☑ yes ☐ no     Race: HSP

Observation Date: 1/12/2022     Approximate Time: 11:35     ■ a.m. ☐ p.m.     Location: North II 2-44

**Offense(s): DR 504:** 105; Dangerous Disturbance, 215: Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and approximate time, I was collecting North II Feed trays on 2 Gallery in the North II Cell House when multiple Individuals in Custody refused numerous direct orders to return their feed tray after their lunch time meal. Individual in Custody Alvarado, Martin Y22371 in cell 2-44 protested with numerous other individuals on 2 and 4 galleries by yelling obscenities, banging on their cell doors, and withholding their trays even after multiple direct orders were given to return their trays. Alvarado was placed in handcuffs, behind the back, and a search of his cell produced 1 hard plastic tray that he had refused to return. Proper chain of command was notified. Individual in Custody Alvarado, Martin Y22371 was identified by State I.D. Card and Offender 360.

**Witness(es):** Lt. C. Zang

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |
|---|---|---|---|---|---|
| C/O J. Williams | 6690 | | 1/12/2022 | 2:56 | ☐ a.m. ■ p.m. |

---

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement     ☐ Investigative Status     Reasons: _____

Printed Name and Badge #          Shift Supervisor's Signature     Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer     Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

Print Reviewing Officer's Name and Badge #     Reviewing Officer's Signature     Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #     Hearing Investigator's Signature     Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign          Individual in Custody's Signature          ID#

Serving Employee (Print Name)          Badge #          Signature
☐ a.m. ☐ p.m.

Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature          ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report          Print individual in custody's name          ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Distribution: Master File
Individual in Custody

Page 1 of 1
Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

**Disciplinary Report**

**Type of Report:**
☑ Disciplinary   ☐ Investigative

**Facility:** Menard Correctional Center       **Date:** 1/13/2022

**Name of Individual in Custody:** Martin ALVARADO       **ID #:** Y22371       SMI: ☑ yes  ☐ no       **Race:** HSP

**Observation Date:** 1/13/2022   **Approximate Time:** 1:10   ☐ a.m. ☑ p.m.   **Location:** Intel Unit

**Offense(s): DR 504:**   101: Arson; 105: Dangerous Disturbances

**Observation:** (NOTE: Each offense identified above must be substantiated.)

This disciplinary report is being issued to Individual in Custody Martin ALVARADO Y22371 upon the conclusion of an investigation that was concluded on today's date. The investigation was initiated after Restrictive Housing staff responded to North Two 2 and 4 gallery to extinguish burning debris that had been thrown out on the gallery on 1/12/2022. North Two Institutional cameras were utilized to identify individuals involved in starting the fires as well individuals throwing trash and other debris at the fires in order to stoke them. Upon review of the cameras, at Play Point 11:45:35, a piece of burning debris can be seen thrown out of cell N2-2-44 and hitting the dividing cage directly infront of the cell. Institutional Graphics and 0360 were utilized and it was determined Martin ALVARADO Y22371 was the sole occupant of "N2-2-44" at the time the burning debris was seen being thrown from the cell. At Play Point 11:46:10,

**Witness(es):** _____

☑ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |
|---|---|---|---|---|---|
| M. Ottensmeier | 3443 | | 1/13/2022 | 1:45 | ☐ a.m. ☑ p.m. |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

_____          _____
Printed Name and Badge #                   Shift Supervisor's Signature                    Date
                                           (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☑ Confinement reviewed by Reviewing Officer   Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

_____          _____   1/13/22
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature                  Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____          _____
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature           Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

_____          _____
Individual in Custody's Signature          ID#

_____          _____          _____
Serving Employee (Print Name)            Badge #                    Signature
                                                                   ☐ a.m. ☐ p.m.

_____          _____
Date Served                      Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____          _____
Individual in Custody's Signature          ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____          _____          _____
Date of Disciplinary Report         Print Individual in custody's name         ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page 1 of 2

**Distribution:** Master File / Individual in Custody

*Printed on Recycled Paper*

DOC 0317 (Rev. 7/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Disciplinary Report Continuation Page

### Menard Correctional Center
Facility

☒ Disciplinary Report    ☐ Investigative Report    ☐ Disciplinary Summary    ☐ Adjustment Committee Summary

Report/Incident Date: 1/13/2022    Incident # (if applicable): _____

**Individual in Custody Information:**
Name: Martin ALVARADO    ID #: Y22371

Use the space below to provide any additional information.

Martin ALVARADO Y22371 proceeds to throw more burning debris against the dividing cage to create a large fire on 2 gallery. The fire continues to be stocked until cellhouse staff arrive and extinguish the fire. The information that Martin ALVARADO Y22371 started a fire outside of his cell has been confirmed by Intel Staff based on the evidence obtained during the investigation by IDOC staff. Martin ALVARADO's Y22371 actions endangered and disrupted the normal operations of Menard Correctional Center. Due to the evidence obtained during the investigation, Martin ALVARADO Y22371 is being issued a DR for 101: Arson, 105: Dangerous Disturbances. Martin ALVARADO Y22371 was identified by institutional Graphics and O360.

Page 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

**Type of Report:**
☑ Disciplinary    ☐ Investigative     Facility: Menard C.C.                          Date: 1/12/2022

Name of Individual
in Custody: Rudolph, Shawn                 ID #: M49843        SMI: ☐ yes    Race: BLK
                                                                    ☑ no

Observation Date: 1/12/2022    Approximate Time: 11:35    ☑ a.m.  Location: North II 2-54
                                                          ☐ p.m.

**Offense(s): DR 504:**    105; Dangerous Disturbance, 215: Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and approximate time, I was collecting North II Feed trays on 2 Gallery in the North II
Cell house when multiple Individuals in Custody refused numerous direct orders to return their feed tray
after their lunch time meal. Individual in Custody Rudolph, Shawn M49843 in cell 2-54 protested with
numerous other individuals on 2 and 4 galleries by yelling obscenities, banging on their cell doors, and
withholding their trays even after multiple direct orders were given to return their trays. Rudolph was
placed in handcuffs, behind the back, and a search of his cell produced 1 hard plastic tray that he had
refused to return. Proper chain of command was notified. Individual in Custody Rudolph, Shawn M49843
was identified by State I.D. Card and Offender 360.

**Witness(es):** Lt. C. Zang

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| C/O J. Williams | 6690 | | 1/12/2022 | 3:00  ☐ a.m. ☑ p.m. |

**Disciplinary Action:**

**Shift Review:** ☑ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____    _____    _____
Printed Name and Badge #'    Shift Supervisor's Signature    Date
                             (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

_____    _____    _____
Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____    _____    _____
Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such
as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be
questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could
testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are
unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody
refused to sign           _____                    _____
                          Individual in Custody's Signature              ID#

_____         _____         _____
Serving Employee (Print Name)    Badge #                Signature
                                                         ☐ a.m.
                                                         ☐ p.m.
_____         _____
Date Served                   Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____                    _____
Individual in Custody's Signature              ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____         _____         _____
Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report
of the above date:

_____    _____    _____    _____
Print Name of witness    Witness badge or ID#    Assigned Cell    Title (if applicable)
                                                 (if applicable)

Witness can testify to: _____

_____    _____    _____    _____
Print Name of witness    Witness badge or ID#    Assigned Cell    Title (if applicable)
                                                 (if applicable)

Witness can testify to: _____

Page 1 of 1

Distribution:  Master File                    Printed on recycled Paper              DOC 0317 (Rev. 7/2021)
               Individual in Custody

STATE OF ILLINOIS )
                  ) SS
COUNTY OF RANDOLPH )

### AFFIDAVIT

My Name is, Shawn Rudolph. I am currently an incarcerated individual @ the Menard Correctional Center. Identification # M49843. On or about, Jan. 12th, 22 here @ the prison, in the Restricted Housing Unit. there was a PEACEFUL protest, in which me and several others held our lunch trays on the 7am-to-3pm shift. I am unaware of exactly what "others" wanted from Staff. However, there is a wide-spread (pandemic) of "Omicron", and staff (i.e. Security Staff) aren't properly wearing their PPE mask and or, any of their PPE gear (wear). Staff aren't power washing our community Showers which carries various bacterly and germs. Staff aren't passing out purified bleach and or, Antibacterial Soap. Staff aren't meeting our 2000 Calorie diet. And much, much more. (They even cut our water off because of the protest.)

"I am located in cell # 254", in the North 2 Housing Unit, where there are all-steel doors, not bars. with breathing holes this big ⦂⦂ And, when staff overheard us banging and yelling... because someone had set a wild fire, they (staff) came and excessively sprayed a deadly Chemical agent that they are disguising in a "fire extinguiser" and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (that I truly believe is an illegal chemical agent... thats deadly alike the fire extinguiser.). They sprayed my Eyes, Nose & Mouth. I have High Blood Pressure) and I was denied Medical Attention by the daily Nurse/Med Tech. (There was a nurse who came to check my vitels around 8am today)... This is Cruel and unusual Punishment. And I'll attest to this. I tried to file a grievance and the Grievance wasn't made available for me @ all)

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 26 U.S.C. 1746, 18 USC 1621 or 735 ILCS 5/1-109. I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information Contained therein is true and correct to the best of my Knowledge.

DATE: 01/12/2022
(wednesday)

/s/ Shawn Rudolph

Name: Shawn Rudolph
I.D.O.C. #: M49843
Menard Correctional Center
P.O. Box #1000
Menard Ill. , 62259 ▓▓▓

Issue #3

RASHO!

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

**Type of Report:**
■ Disciplinary    ☐ Investigative

Facility: Menard C.C.                          Date: 4/04/2022

Name of Individual in Custody: Morris, Robert    ID #: R71372    SMI: ☑ yes ☐ no    Race: Black

Observation Date: 4/04/2022    Approximate Time: 10:08    ■ a.m. ☐ p.m.    Location: North 2, 5-10

Offense(s): DR 504:    215- Disobeying a direct order essential to safety and security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On Monday 4/04/2022 and approximately 10:08a.m., I Sgt. Royster along with C/O Evans was getting Individual in Custody Morris, Robert (R71372) in North 2, 5-10 out of his cell to go see Medical and Mental Health staff. Morris is currently on a 15 minute crisis watch and hunger strike. While getting dressed Morris became angry stating, "I just wanna kill myself." Morris got the shoelace out and started to tie a knot in it. I gave Morris multiple direct orders to put down the shoelace all of which he refused. I then administered a burst of OC pepper spray in an attempt to stop Morris's self-harming actions. Proper Chain of Command notified. Individual in Custody Morris, Robert (R71372) was identified by state issued ID card and Offender 360.

**Witness(es):** C/O Evans

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Sgt Royster | | | 4/04/2022 | 12:30 | ☐ a.m. ■ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
Printed Name and Badge #

Shift Supervisor's Signature
(For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☐ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction**, submitted to Program Unit

_____
Print Reviewing Officer's Name and Badge #

Reviewing Officer's Signature    Date 4-4-22

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____
Print Hearing Investigator's Name and Badge #

Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

_____
Individual in Custody's Signature    ID#

_____
Serving Employee (Print Name)    Badge #    Signature    ☐ a.m. ☐ p.m.

_____
Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____
Individual in Custody's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____
Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

_____
Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

_____
Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

**Distribution:** Master File
Individual in Custody

Page 1 of 1
Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

RASHO

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Disciplinary Report**

**Type of Report:**
☑ Disciplinary    ☐ Investigative

Facility: Menard C.C.                     Date: 4/4/2022

Name of Individual in Custody: Morris, Robert    ID #: R71372    SMI: ☑ yes ☐ no    Race: BLK

Observation Date: 4/4/2022    Approximate Time: 10:15    ☑ a.m. ☐ p.m.    Location: North II Cell 5-10

**Offense(s): DR 504:** 215: Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On Monday, April 4, 2022 at approximately 10:15 a.m., I, Lt. C. Zang was advised by Sgt. Royster to report in person to North II Cell 5-10. Upon arrival to cell 5-10, I observed Individual in Custody Morris, Robert R71372 lying face down on the cell floor. I gave Morris multiple direct orders to come to the front of the cell to be placed in restraints, so he could be removed from the cell to see Medical and Mental Health Staff. Morris refused to comply with all direct orders and remained lying on the floor. I then contacted De-escalation Response Team member Lt. Moore 4291 in further attempts to gain compliance with Morris. Proper Chain of Command was notified and Individual in custody Morris, Robert R71372 was identified by State I.D. Card and Offender 360.

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Lt. C. Zang | 9046 | (signature) | 4/4/2022 | 12:05 | ☐ a.m. ☑ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: NATURE OF OFFENSE

Printed Name and Badge #                     Shift Supervisor's Signature
(For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment:

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

Individual in Custody's Signature    ID#

Serving Employee (Print Name)    Badge #    Signature

Date Served    Time Served    ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Distribution:    Master File
                 Individual in Custody

Page ____ of ____

Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

Ridgles!

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Disciplinary Report

**Type of Report:**
☒ Disciplinary  ☐ Investigative    Facility: Menard C. C.    Date: 4-4-2022

Name of Individual in Custody: Morris, Robert    ID #: R71372    SMI: ☒ yes ☐ no    Race: Black

Observation Date: 4-4-2022    Approximate Time: 10:35  ☒ a.m. ☐ p.m.    Location: North 2 5-10

**Offense(s): DR 504:**  (215) Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On 4-4-22 I, along with the tactical extraction team arrived at North2 5-10 to remove Morris, Robert R71372 due to his self harming behavior. I gave 3 direct orders for him to come to the door to cuff up to which he refused. I then administered a burst of OC. I gave another order to cuff up to which Morris refused. The extraction entered the cell and restrained Morris R71372 in handcuffs and leg irons. Morris was allowed the wash off the OC. He was seen by Mental Health and cleared by Medical. He was taken back to North 2 5-10. Morris, Robert R71372 ID'd by ID card and O360, Chain of command notified.

**Witness(es):** Sgt. Story, C\O Agne, Sgt. Gaetz, Sgt. Laminack, Sgt. Morris

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Lt. Bradley Sadler | 4065 | *(signature)* | 4-4-2022 | 2:20 | ☐ a.m. ☒ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement  ☐ Investigative Status  Reasons:_____

Printed Name and Badge # _____    Shift Supervisor's Signature _____ Date _____
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer  Comment:_____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

Print Reviewing Officer's Name and Badge # _____    Reviewing Officer's Signature _____ Date _____

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge # _____    Hearing Investigator's Signature _____ Date _____

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign    Individual in Custody's Signature _____ ID# _____

Serving Employee (Print Name) _____    Badge # _____    Signature _____  ☐ a.m. ☐ p.m.

Date Served _____    Time Served _____

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature _____    ID# _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report _____    Print individual in custody's name _____    ID# _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| Witness can testify to: _____ | | | |
| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
| Witness can testify to: _____ | | | |

Page 1 of 1

Distribution:  Master File
Individual in Custody

Printed on Recycled Paper

DOC 0317 (Rev. 7/2021)

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MORRIS, ROBERT     **IDOC Number:** R71372     **Race:** BLK

**Hearing Date/Time:** 4/13/2022   08:59 AM    **Living Unit:** MEN-N2-04-17    **Orientation Status:** N/A

**Incident Number:** 202200395/2 - MEN    **Status:** Expunged Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 4/4/2022 | 202200395/1-MEN | ROYSTER, PHILIP K | NORTH 2 CELLHOUSE | 10:08 AM |
| 4/4/2022 | 202200395/2-MEN | ZANG, CALEB E | NORTH 2 CELLHOUSE | 10:15 AM |
| 4/4/2022 | 202200395/3-MEN | SADLER, BRADLEY T | NORTH 2 CELLHOUSE | 10:35 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 215 | Disobeying a Direct Order Essential to Safety and | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
- Ticket is being expunged as a result of Individual in Custody Morris, Robert R71372 trying to harm himself.

## BASIS FOR DECISION
- Ticket is being expunged as a result of Individual in Custody Morris, Robert R71372 trying to harm himself.

*(handwritten: (not what I said) THIS ISNT WHAT WAS DONE ~ THIS NEVER HAPPENED ~)*

## DISCIPLINARY ACTION  (Consecutive to any priors)

RECOMMENDED         FINAL

---- E X P U N G E D ----

**Basis for Discipline:**

**Signatures**
**Hearing Committee**

| | Signature | Date | Race |
|--|-----------|------|------|
| SCHOENBECK, JOSHUA A - Chair Person | *(signed)* | 04/13/22 | WHI |
| JONES, ANTHONY B | *(signed)* | 04/13/22 | BLK |

Recommended Action Approved

**Final Comments:** N/A

ANTHONY D WILLS / ADW   5/9/2022      *(signed)*    05/09/22
**Chief Administrative Officer**      Signature    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*(signed)*       5.14.22    1500
**Employee Serving Copy to Committed Person**    **When Served - - Date and Time**

Run Date: 5/11/2022 13:35:48       Page 1 of 1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

| Date: April 17th, 2022 | Offender (please print): Robert Morris | ID #: R71372 | Race (optional): Black C00 |
|---|---|---|---|

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |
|---|---|

**Nature of grievance:**  A/v Privileges

- [✓] Personal Property
- [✓] Staff Conduct  M.S- to JTC-or- Dixon
- [✓] Transfer Denial by Facility
- [✓] Disciplinary Report  10/12/2021, and (3) reports dated on: 04/04/2021

- [ ] Mail Handling
- [ ] Dietary
- [✓] Other (specify): 1st, 8th & 14th U.S. Const. Amendment violations

- [✓] Medical Treatment  Mental Health & Med. and negligence
- [ ] HIPAA  Staff Retaliation from: 2017 (law-suit settlement)
- [✓] ADA Disability Accommodation  Relieved of Hearing Aids, which while I said which...
- [ ] Restoration of Sentence Credit  (law-suit settlement)

Date of report: Menard Correctional Center
Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

On the above date @ apprx. 5:41pm I grievant decided to write this grievance complaining about all of the above issues date actually date back to when I was once here the 1st time from Nov. 2016 - until - May 2019 when I was transferred. I was wrongfully brutalized and subjected to excessive force in 2017 by some Staff because I am qualified as an Individual in custody whose Seriously Mentally Ill. (S.M.I.) Now, I was recently transferred back here last year in 2021 and I had a crisis situation along w/ others that took place in October 2021 where it is that I was actually punished for trying to commit self-harm! I received complete punishment including seg. time (Restricted Housing time) Extra. I've been also consistently asking for

[✓] Continued on reve

**Relief Requested:**

I will like for the (3) tickets write on: 04/04/22 to be thrown out/expunged. I will like for the 04/04/22 video footage recorded by Internal Affairs and Tactical Officers to be reviewed/saved and downloaded for my own personal usage please. I will like to be immed released from Seg./Restricted Housing for Boss behavior displayed 'and C/B blade cuts. I will like to be immediately transferred to J.T.C.-or-Dixon P.C. for a Higher Care (Treatment) I wanted morning dosage h (A.M) or will

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Robert Morris | R71372 | 04/17/2022 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance off

RECEIVED
APR 26 2022
ADMINISTRATIVE REVIEW BOARD

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated.  Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

Page 1 of 2

Distribution: Master File; Offender    DOC 0046 (Rev. 01/2

Assigned Grievance #/Institution: _____    Housing Unit North² #47    Bed #: Status

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec                                                    2nd Lvl rec

immediate transfers to either J.T.C. or Dixon so I can actually receive a Higher Care (treatment), but was denied by mental Health staff here in Menard, Pontiac & Stateville, stating that I'm not a Cutter (one who cuts as a self-harm method). So my sister passed away in Nov. 2021 when I was only (1) mnth. w/o any infractions. So I humbly went until Dec. 2021 and asked for my A/v privileges to be restored and a seg. cut. In Jan. 2022 I was merely (only given a 10-day seg. cut (RH cut) where it is that I was "90 days" w/o an infraction when I was approved of this cut, Which is ridiculous but humbly accepted. I then requested for another cut for the month of Jan, Feb. and even March 2022 and I was denied. I then placed in for my A/v privileges again and was denied in March 2022. (Which hurts because not only is my T.V. a helping coping mechanism but, my MP3/Tablet would be a very helping coping skill too. Esp. since I answered mental Health of this too. And they did nothing!) Therefore, I reported this to MHP Mrs. Buettner and Dropper like (3) times in March 2022. To no avail they did nothing! My coping skills had become very poor and I became agitated and seriously depressed. So I asked to be placed on a suicidal/Homicidal Crisis watch @ around 12:30-1 am on or about 03/27/2022 with the 11pm-to-7am staff the night of 03/27/2022 - going into the night of (wee hours) 03/28/2022 (1am-130am). As I was being shakedown by the appropriate staff, they confiscated my shoe strings from my shoes and placed them in my property lock box along w/ my other belongings. I was administered on a Crisis watch cell #510, where @ breakfast time I started a Hunger + water Strike as well. I was also relieved of my ADA Hearing Aid watch, ADA Hearing Aids and, even new ADA Hearing Aid #312 batteries by Nurse Ms. Burns later on that day on the 3pm-to-11pm shift.) After my 4th or -5th day on Hunger+water Strike I had Somehow fell out during the 11pm-to-7am shift where it is that I was seen by Nurse Keisha who seen me and attended to me and my HEART issue I complained about, dizziness, weakness and dehydration issues. (I believe she documented these issues and my Crisis sheet log should reflect these issues or my medical needs this specific night as well.) Then on: 04/04/2022 around the 7am-to-3pm shift, I was asked by inadequate, untrained mental health security staff (Rasho violation) did I wish to go to medical and mental Health? I answered these staff that I was very weak in my legs, that I was dizzy, dehydrated and having very bad HEART pain, that felt kinda sharp and bothering to me. I was told that if I didn't cuff up that I'll be sprayed. I then repeated my issues and was immediately sprayed by inadequate, untrained mental health security staff which was wrongful and indeed excessive. All I remember was that I had fell out and was believed to be face down on the floor where I had hurt my tongue, opened. (Because I had bit it). After moments in this position I believe individuals in custody answered me that Internal Affairs 4o Childs came w/ a camera and was there @ my cell door w/ a Lieutenant. I was fading in and out of consciousness and was then ordered by others who I believe where Tactical officers, Sgt's, Lt's to get up! I was still face down facing in and out of consciousness and actually incoherent to any orders anyways being that I was wrongfully relieved of my approved medical Hearing Aids. These Tactical officers allegedly gave me (3) direct orders to get up and cuff up. when they became of the fact that I wasn't moving @ all and unresponsive, they then excessively sprayed me with w/c Pepper spray again (made wrongly) It felt like, once they entered the cell, one of them jumped on me with full force with their Tactical shield... Cuffed me up and then dragged me down the hall and threw me in a wheelchair. I was wheeled to MHP Dropper where she stated that I was good. Then they wheeled me to be seen by H.C.U. medical. once there I was seen by Nurse Sue and some other Nurse who administered amonia pads to awaken me and based off my HEART complaint, I was given an "EKG", then about 15-to-20 mins. later I was seen by a very unprofessional Nurse Practitioner named Jillian Crane who told me, "if you don't stand the fuck up and walk, I'm not going to treat you with the proper medical care." She then asked the Tact Team did they spray me. They said yeah. And she stated, "Good fucking Jibs!" She then threw water in my face and stated this Nigger "cleared". I was dragged back Unto a wheelchair where I was wheeled back to North² and threw back in the same cell that wasn't decontaminated nor was the struck blankets or mattress decontaminated. This was cruel & unusual. → → *PAGE 2 Continuation*

Distribution: Master File, Offender                    Page 2 of 2                    DOC 0046 (Rev. 01/09)

Case 3:23-cv-03302-NJR   Document 2   Filed 10/06/23   Page 68 of 100   Page ID #71

Also On: 04/16/2022 during the early wee hours of the morning around 2:30 am -to- 3:00 am "Nurse Morgan" came to deliver my medication to me and my psychtropic medication & wellbutrin wasn't administered in the dosage @ all. I asked why? She stated that, they stopped it from me. I don't understand how and or why. I haven't hording any medication, I haven't displayed medication abuse nor, have I even seen a Doctor so that this act could've been appropiately authorized. How was I, or why was I stopped of my "wellbutrin" in the A.m. dosage? This is absurd! Then as I tried my best to submit my "issues in this grievance to the "Grievance Box" and to the "Counselor", they returned my grievance w/o any response. Also, I resubmitted this issue again the next day and they returned my grievance and issues again. Therefore I'm sending my issues to you all so I can receive an appropiate response. Please may you all help me with a response?

Thank You

E. O. R.

RECEIVED

APR 26 2022

ADMINISTRATIVE
REVIEW BOARD

EX. A
3 of 3

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Morris _____ Robert _____ _____ R71372 _____
                    Last Name                      First Name              MI        ID#

**Facility:** Menard _____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 4/17/2022 _____ or ☐ Correspondence: Dated: _____

Received: 4/26/2022 _____ Regarding: DR - Grieves multiple issued from 2017 - 2022, DR's issued on 4/4/2022, denial of transfer, seg cut given, etc. __
                 Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
   Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                      Date

☐ No justification provided for additional consideration.

**Other** (specify): Multiple dates mentioned are not within 60 day timeframe. _____
_____

Completed by: Margaret Madole _____     *Margaret Madole*          5/3/2022
                    Print Name                            Signature                Date

Distribution:   Offender                    *Printed on Recycled Paper*              DOC 0070 (Rev. 3/2018)
                Inmate Issues

Housing Unit __North 2 #417__ ~~cell~~ one-man

2nd Lvl rec:

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

| Date: April 24th, 2022 | Offender (please print): Robert Morris | ID #: R71372 | Race (optional): Black GOD |
|---|---|---|---|

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: 253-4-22 |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct  Mis-
- [x] Transfer Denial by Facility
- [x] Disciplinary Report  04/04/22  5 6call North2 (cell 510)
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Untrained Mental Health-Security staff (as stated in the Rasho settlement-
- [x] Medical Treatment  Negligence
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Menard Correctional Center
Date of report       Facility where issued

\* Also, Disobeying a Direct order ~~front~~ in Easthouse back in April 2019 w/ Sgt McGhee and 4o Lee (6call)

**RECEIVED APR 27 2022 MENARD CC GRIEVANCE OFFICE**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):
Cell # 510 North 2

On 04/04/2022 @ appnx. 10 am I was laying down resting on a SZ/HI Crisis watch (about :10 mins.) and a B-day hunger strike where It is that I had just declined to eat my 23 meal. I noticed that 2 security officials came to my door to ask me if I want to go see medical & mental health? I awared these 2 officials that I couldn't feel my legs and that my heart had been aching for a few days now. The mental health untrained sergeant who was barking out orders told me that, if I didn't come out that he'll spray me. I awared him that, that would be wrong, cruel and unusual. He took his can of mace out and
- [x] Continued on reverse

Relief Requested:
I request to be transferred to J.T.C. (or) Dixon Corr. Cers for a tighter care. I request to have an M. on my right hand and X-ray on my back. I request to be given a stronger medication for my muscle Spasms. (Trumadaule) And if I have to wait to be on the J.T.C. /Dixon list, I'd like to be transferred to any other prison a.s.a.p. due to staff retaliation. (specifically none of these Southern Illinois prisons). I request for all of the mentioned staff to be suspended or to re-sign for their actions. I will like to be ~~very~~ safe?

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

| Robert Morris | R71372 | 04/04/22 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

RECEIVED

JUL 0 5 2022

ADMINISTRATIVE REVIEW BOARD

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: __4-26-22__

Is this determined to be of an emergency nature:
- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| [signature] | 4-26-22 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Page 1 of 2  7C

CDR 7  7C  Staff Conduct, Medical Treatment, transfer, Mental health treatment
ADA ?

ILLINOIS DEPARTMENT OF CORRECTIONS
Disciplinary Report

**Type of Report:**
■ Disciplinary   ☐ Investigative       Facility: Menard C. C.                    Date: 4-4-2022

Name of Individual in Custody: Morris, Robert       ID #: R71372       SMI: ☑ yes ☐ no   Race: Black

Observation Date: 4-4-2022   Approximate Time: 10:35  ■ a.m. ☐ p.m.   Location: North 2 5-10

**Offense(s): DR 504:** (215) Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On 4-4-22 I, along with the tactical extraction team arrived at North2 5-10 to remove Morris, Robert R71372 due to his self harming behavior. I gave 3 direct orders for him to come to the door to cuff up to which he refused. I then administered a burst of OC. I gave another order to cuff up to which Morris refused. The extraction entered the cell and restrained Morris R71372 in handcuffs and leg irons. Morris was allowed the wash off the OC. He was seen by Mental Health and cleared by Medical. He was taken back to North 2 5-10. Morris, Robert R71372 ID'd by ID card and O360. Chain of command notified .

**Witness(es):** Sgt. Story, C\O Agne, Sgt. Gaetz, Sgt. Laminack, Sgt. Morris

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Lt. Bradley Sadler | 4065 | *(signature)* | 4-4-2022 | 2:20 | ☐ a.m. ■ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons:_____

Printed Name and Badge #                    Shift Supervisor's Signature                         Date
                                            (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment:_____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

Print Reviewing Officer's Name and Badge #        Reviewing Officer's Signature              Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #     Hearing Investigator's Signature           Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

Individual in Custody's Signature                                ID#

Serving Employee (Print Name)          Badge #          Signature   ☐ a.m. ☐ p.m.

        Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature                     ID#

------------------------------------------------------------------------------------

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report        Print Individual in custody's name        ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Distribution:  Master File                    Page 1 of 1                        DOC 0317 (Rev. 7/2021)
               Individual in Custody          Printed on Recycled Paper

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MORRIS, ROBERT

**Hearing Date/Time:** 4/13/2022  08:59 AM

**Incident Number:** 202200395/2 - MEN

**IDOC Number:** R71372

**Living Unit:** MEN-N2-04-17

**Status:** Expunged Final

**Race:** BLK

**Orientation Status:** N/A

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 4/4/2022 | 202200395/1-MEN | ROYSTER, PHILIP K | NORTH 2 CELLHOUSE | 10:08 AM |
| 4/4/2022 | 202200395/2-MEN | ZANG, CALEB E | NORTH 2 CELLHOUSE | 10:15 AM |
| 4/4/2022 | 202200395/3-MEN | SADLER, BRADLEY T | NORTH 2 CELLHOUSE | 10:35 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 215 | Disobeying a Direct Order Essential to Safety and | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
- Ticket is being expunged as a result of Individual in Custody Morris, Robert R71372 trying to harm himself.

*(NOT what I said)*
*THIS ISNT WHAT WAS DONE ~ THIS NEVER HAPPENED ~*

## BASIS FOR DECISION
- Ticket is being expunged as a result of Individual in Custody Morris, Robert R71372 trying to harm himself.

## DISCIPLINARY ACTION (Consecutive to any priors)

**RECOMMENDED**

**FINAL**

---- E X P U N G E D ----

**Basis for Discipline:**

**Signatures**
**Hearing Committee**

| | Signature | Date | Race |
|---|-----------|------|------|
| SCHOENBECK, JOSHUA A - Chair Person | *J. Schoenbeck* | 04/13/22 | WHI |
| JONES, ANTHONY B | *signature* | 04/13/22 | BLK |

Recommended Action Approved

## Final Comments: N/A

ANTHONY D WILLS / ADW  5/9/2022
**Chief Administrative Officer**

*signature*  05/09/22
**Signature**    **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*signature*
**Employee Serving Copy to Committed Person**

5.14.22    1500
**When Served  - - Date and Time**

Run Date: 5/11/2022 13:35:48

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Lvl rec: | | | | 2nd Lvl rec: |
|---|---|---|---|---|

| Date: April 17th, 2022 | Offender (please print): Robert Morris | ID #: R71372 | Race (optional): Black God |
|---|---|---|---|

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |
|---|---|

**Nature of grievance:**

☑ Personal Property *A/V Privileges*  ☐ Mail Handling  ☑ Medical Treatment *and Negligence* *Mental Health & Mis-*  ☑ ADA Disability Accommodation *Relieved of Hearing Aids, which while crisis which...*

☑ Staff Conduct *Mis- to J.T.C.-or- Dixon*  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit *Staff Retaliation from: 2017 (law-suit settlement)*

☑ Transfer Denial by Facility  ☑ Other (specify): *10/12/2021, and (3) reports* *1st, 8th & 14th U.S. Const. Amendment Violations*

☑ Disciplinary Report *dated on: 04/04/2021*
Date of report  —  *Menard Correctional Center*  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa[rd]
> **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
> **Chief Administrative Officer,** only if EMERGENCY grievance
> Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drug[s] issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information [of] each person involved):

On the above date @ apprx. 5:41pm, I grievant decided to write this grievance complaining about all of the above issues date actually date back to when I was once here the 1st time from Nov. 2016 -until- May 2019 when I was transferred. I was wrongfully brutalized and subjected to excessive force in 2017 by secu[rity] staff because I am qualified as an Individual in Custody whose Seriously Mentally Ill. (S.M.I.) Now, I w[as] recently transferred back here last year in 2021 and I had a crisis situation along w/ others that took place in October 2021 where it is that I was actually punished for trying to commit Self-Harm! I receive[d] complete punishment including seg. time (Restricted Housing time) *extra*. I've been also consistently asking for ☑ Continued on reve[rse]

**Relief Requested:**

I will like for the (3) tickets write on: 04/04/22 to be thrown out/expunged. I will like for the 04/04/22 video footage recorded by Internal Affairs and Tactical Officers to be reserved/saved and downloaded for my own personal usage please... I will like to be immed[iately] released from Seg. (Restricted Housing) for good behavior displayed and C/O's blade cuts. I will like to be immediately transferred to J.T.C.-or- Dixon C.C. for a Higher Care (Treatment) I want my morning dosage [of] (A.M.)

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| _Robert Morris_ Offender's Signature | R71372 ID# | 04/17/2022 Date |
|---|---|---|

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)  Date Received: _____  ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance off[ice]

---

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure[s]

RECEIVED
APR 26 2022
ADMINISTRATIVE
REVIEW BOARD

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File; Offender  Page 1 of 2  DOC 0046 (Rev. 01/2[...])

Assigned Grievance #/Institution: _____    Housing Unit: North 2-4⁴¹⁷    Bed #: Status

1st Lvl rec _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec _____

immediate transfers to either J.T.C. - or - Dixon so I can actually receive a Higher Care (treatment), but was denied by mental Health staff here in Menard, Pontiac & stateville stating that I'm not a Cutter. (one who cuts as a self-harm method). So my sister passed away in Nov. 2021 when I was only (1) mnth. w/o any infractions. So I humbly went until Dec. 2021 and asked for my A/v privileges to be restored and a seg. cut. In Jan. 2022 I was merely (only given a 10-day seg. cut (RH cut) where it is that I was "90 days" w/o an infraction when I was approved of this cut, Which is ridiculous but humbly accepted. I then requested for another cut for the month of Jan, Feb. and even March 2022 and I was denied. I then placed in for my A/v privileges again and was denied in March 2022. (which hurts because not only is my T.v. a helping coping mechanism but my mp3/Tablet would be a very helping coping skill too. Esp. since I informed mental Health of this too. And they did nothing!) Therefore, I reported this to MHP Ms. Bueltner and Dropper like (3) times in March 2022. To no avail they did nothing! My coping skills had became very poor and I became agitated and seriously depressed. So I asked to be placed on a Suicidal/Homicidal Crisis watch @ around 12:30-1am on or about 03/27/2022 with the 11pm-to-7am staff the night of 03/27/2022 - going into the night of (wee hours) 03/28/2022 (11am-7am day). As I was being shakedown by the appropriate staff, they confiscated my Shoe strings from my Shoes and placed them in my property box along w/ my other belongings. I was administered on a Crisis watch cell #510, where @ breakfast time I started a Hunger Strike (watch) as well. I was also relieved of my ADA Hearing Aid watch, ADA Hearing Aids and even new ADA Hearing Aid #312 batteries by Nurse Ms. Burns later on that day on the 3pm-to-11pm shift.) After my 4th - or -5th day on Strike (Hunger/Thirst), I had Somehow fell out during the 11pm-to-7am shift where it is that I was seen by Nurse Keisha who seen me and attended to me and my HEART issue I complained about, dizziness, weakness, and dehydration issues. (I believe she documented these issues and my Crisis sheet log should reflect these issues or my medical records this specific night as well.) Then on 04/01/2022 around the 7am-to-3pm shift, I was asked by inadequate untrained mental health security staff (Rasha violebon) did I wish to go to medical and mental Health? I answered these staff that I was very weak in my legs, that I was dizzy, dehydrated and having very bad HEART pain, that felt kinda sharp and bothering to me. I was told that if I didn't cuff up that I'll be sprayed. I then repeated my issues and was immediately sprayed by inadequate, untrained mental health security staff which was wrongful and indeed excessive. All I remember was that I had fell out and was believed to be face down on the floor where I had hurt my tongue, opened, (because I had bit it). After minutes in this position I believe individuals in custody answered me that Internal Affairs Yo Chids came w/ a camera and was there @ my cell door w/ a Lieutenant. I was fading in and out of consciousness and was then ordered by others who I believe where Tactical officers, Sgt's, Lt's to get up! I was still face down fading in and out of consciousness and actually incoherent to any orders anyways being that I was wrongfully relieved of my approved medical Hearing Aids. These Tactical officers allegedly gave me (3) direct orders to get up and cuff up when they became of the fact that I wasn't moving @ all again and unresponsive, they then excessively sprayed me with s/c Pepper spray/mace, wrongly! It felt like, once they entered the cell, one of them Jumped on me with full force with their Tactical Shield.. Cuffed me up and then dragged me down the hall and threw me in a wheelchair. I was wheeled to MHP Dropper where she stated that I was Good. Then they wheeled me to be seen by H.C.U. medical. Once there I was seen by Nurse Sue and s-ome other Nurse who administered amonia pads to awaken me and based off my HEART complaint, I was given an "EKG", then about 15-to-30 mins. later I was seen by a very unprofessional Nurse Practitioner named; Jillian Crane who told me; "if you don't stand the fuck up and walk, I'm not going to treat you with the proper medical care." She then asked the Tact Team did they spray me. They said yeah. And she Stated; "Good fucking Job." She then threw water on my face and stated; "this Nigger Cleared." I was dragged Back onto a wheelchair where I was wheeled back to North² and threw back in the same cell that wasn't decontaminated nor was the smock, blanket, or mattress decontaminated. This was Cruel & unusual.    → → PAGE 2 Continuation*

Distribution: Master File, Offender          Page 2 of 2          DOC 0046 (Rev. 01/20

Case 3:23-cv-03302-NJR   Document 2   Filed 10/06/23   Page 75 of 100   Page ID
#78

Also on: 04/16/2022 during the early wee hours of the morning around 2:30 am - to - 3:00 am "Nurse Morgan" came to deliver my medication to me and my psychtropic medication & wellbutrin wasn't administered in the dosage @ all, I asked why? She stated that, they stopped it from me. I don't understand how and or, why. I haven't hording any medication, I haven't displayed medication abuse nor, have I even seen a Doctor so that this act could've been appropiately authorized How was I, or why was I stopped of my "wellbutrin" in the A.m dosage? This is absurd! Then as I tried my best to submit my "issues" in this grievance to the "Grievance Box" and to the "Counselor", they returned my grievance w/o any response. Also, I resubmitted this issue again the next day and they returned my grievance and issues again. Therefore I'm sending my "issues" to you all so I can receive an appropiate response. Please may you all help me with a response?

Thank you

E. O. R.

RECEIVED

APR 26 2022

ADMINISTRATIVE
REVIEW BOARD

EX. A
3 d3

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Morris                    Robert                                    R71372
         Last Name                    First Name                    MI         ID#

**Facility:** Menard

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 4/17/2022      or ☐ Correspondence: Dated: _____

Received: 4/26/2022 _____ Regarding: DR - Grieves multiple issued from 2017 - 2022, DR's issued on 4/4/2022, denial of transfer, seg cut given, etc. _____
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                               Date

☐ No justification provided for additional consideration.

**Other** (specify): Multiple dates mentioned are not within 60 day timeframe. _____

Completed by: Margaret Madole                    Margaret Madole                    5/3/2022
              Print Name                              Signature                        Date

Distribution:  Offender                    *Printed on Recycled Paper*              DOC 0070 (Rev. 3/2018)
               Inmate Issues

one-man

Housing Unit: North 2 #417

APR 2 5 2022 APR 2 5 2022

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: April 24th, 2022 | Offender (please print): Robert Morris | ID #: R71372 | Race (optional): Black GOD |
|---|---|---|---|

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: 259-4-22 |
|---|---|

**Nature of grievance:**

Negligence

- [ ] Personal Property
- [x] Staff Conduct (Mis-)
- [x] Transfer Denial by Facility
- [x] Disciplinary Report ③  04/04/22  5 Cell. Night (cell 518) Date of report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Untrained Mental Health-Security Staff (As stated in the Rasho Settlement-

- [x] Medical Treatment
- [ ] HIPAA
Menard Correctional Center Facility where issued

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

RECEIVED APR 27 2022 MENARD CC GRIEVANCE OFFICE

* Also, Disobeying a Direct Order (twice) in Easthouse back in April 2017 w/ Sgt. McGhee and to Lee (6 Gall)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

cell # 518 North 2

On 04/04/2022 @ appox. 10 am I was laying down resting on a SI/HI Crisis watch (about :10 mins.) and a 8-day hunger strike where it is that I had just declined to eat my 23 meal. I noticed that 2 security officals came to my door to ask me if I want to go see medical & mental health? I awared these 2 officals that I couldn't feel my legs and that my heart had been aching for a few days now. The mental health untrained sergeant who was barking out orders told me that, if I didn't come out that, he'll spray me. I awared him that, that would be wrong, cruel and unusual. He took his can of mace out and

[x] Continued on reverse

**Relief Requested:**

I request to be transferred to J.T.C. (or) Dixon Corr. Cen. for a Highter care. I request to have an M.R. on my right hand and X-ray on my back. I request to be given a stronger medication for my muscle spasms. (Tramadauls) And if I have to wait to be on the J.T.C. /Dixon list, I'll like to be transferre to any other prison a.s.a.p. due to staff retaliation. (specifically none of these Southern Illinois prisons). I request for all of the mentioned staff to be suspended or to re-sign for their actions. I will like to be any safe?

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Robert Morris Offender's Signature | R71372 ID# | 04/04/22 Date |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: _____ [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility, Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED JUL 05 2022 ADMINISTRATIVE REVIEW BOARD

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 4-26-22

Is this determined to be of an emergency nature:

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | 4-26-22 Date |
|---|---|

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev 01/2020)

DDR 7C ADA ?    Staff Conduct, Medical treatment, transfer, Mental health treatment

Assigned Grievance #Institution: _____    Housing Unit: North 2-#417 # one-man

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

Started spraying me for approx. 11 secs. (Extreme & Excessive) I immediately felt a sharp pain in my chest as I hyper-ventilated and I remember falling out and onto the ground where I injured my right wrist again and my front teeth. (Chipped) I was made aware by others who were also housed in that area and my watch officer that, 2 Lieutenants tried to come to wake me up but that I remained face-down and unresponsive. Then I was made aware that a cellhouse Major was alerted. And that he alerted other untrained security staff to gather more untrained security staff (Tact Team) who in which none of these staff are trained in the mental health field to know how to handle and deal with a seriously mentally ill patient (as myself). So these Tactical guys were activated and once when they arrived, I was made aware that they gave me direct orders to get up off the ground and cuff up. (I also was made aware that they had video footage rolling). And when these officials noticed that I was still unresponsive, they then sprayed me again (excessively). I remember someone jumping on me heavily, and it felt like someone was purposely agitating me by forcing their knuckles on the side of my ribs. I believe I was dragged out of this cell and thrown into a handicap wheel-chair. And, MHP Dropper tried to see me while I still had O/C pepper spray (mace contamination) all over me, (including blocking my view) Then I was wheeled to the H.C.U. where because of my heart aching complaints I was given an E.K.G. for examination by nurse Sue. Then a very belligerent Nurse Practitioner named: Jillian Crane (or something like that) came in and was smacking me and telling me to splash water on my face. Then as water dripped from my face she then passed me a cup instead of a towel and told me to drink up because my signs show that I'm dehydrated. As I made attempts to try to drink the water, I tasted mace and complained that I tasted mace... And she stated; "well that's probably because it's dripping from your damn face dummy!" Then all the Tactical guys started laughing. "I then overheard him tell them; "Good fucking job guys, for spraying this black ass monkey!" I was then forced out of the H.C.U. because she stated that she wasn't going to see me anymore. I was then wheeled back to the cellhouse where I was wrongfully beaten and placed back in a decontaminated cell that had mace all on my bunk, my mattress was soiled with urine and feces and my smock was contaminated as well. The next days that passed a nurse (mainly) "Weatherford's" came to check on crisis watch's and when I made my complaints to her, she stated that there wasn't anything she could do for me since I had issues with security.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 04/27/2022 | Date of Review: 04/27/2022 | Grievance # (optional): 253-4-22 |
| Offender: Morris, Robbert | | ID#: R71372 |

**Nature of Grievance:**

Multiple Issues

**Facts Reviewed:**

Individual in custody submitted a grievance dated 4/24/2022 and grieves on 4/4/22 he was laying down resting on a crisis watch and a 8 day hunger strike and noticed that (2) security officials came to my door to ask me if I want to go see medical and mental health? He told then that he couldn't feel his legs an that his heart had been aching for a few days. The Sergeant told him that if he didn't come out that he'll spray me. He then sprayed him for 11 seconds and he immediately felt sharp pain in his chest and hyperventilated. He remembers falling to the ground where he injured his right wrist and his front teeth. He states when the officials noticed that he was still unresponsive they sprayed him again and he remembers someone jumping on him heavily and someone force their knuckle on the side of his ribs. He believes he was dragged out the cell and then thrown into a wheelchair. MHP Draper tried to see him and then he was wheeled to the H.C.U. where he was given an E.K.G. He was wheeled back to eh cellhouse where he was wrongfully beaten and placed back in a decontaminated cell that had mace all on the bunk and mattress soiled with urine and feces.

Relief Requested: "I request to be transferred to J.T.C. or Dixon Corr. Cen. For a higher care. I request to have an M.R.I. on my right hand and x-ray on my back. I request to be given a stronger medication for my muscle spasms. (Tramadol) and if I have to wait to be on the J.T.C./Dixon list, I'll like to be transferred to any other prison A.S.A.P. due to staff retaliation. (specifically, none of these southern Illinois prisons). I request for all of the mentioned staff to be suspended or to re-sign for their actions. I will like to be compensated."
Continued on back page.

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be MOOT.

Kelly Pierce, CCIII - Menard Correctional Center
Print Grievance Officer's Name
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

Grievance Officer's Signature

RECEIVED
JUL 05 2022
ADMINISTRATIVE
REVIEW BOARD

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: MAY 1 3 2022 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature        5-18-22
Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Robert Morris            R71372        05/14/22
Offender's Signature        ID#        Date

Distribution:    Master File, Offender                Page 1                DOC 0047 (Rev. 3/2019)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Continued...

Grievance #253-4-22 was received on 4/25/2022 and marked emergency by the offender. It was deemed of emergency nature by the Warden on 4/26/2022 and returned to Grievance Office for processing on 4/27/2022.

The grievance was forwarded to Health Care Unit, Internal Affairs, N2 Major and the ADA Coordinator to review on 4/27/2022.

The Assistant ADA Coordinator advised that the issue did not require an ADA accommodation.

Internal Affairs advised that there is currently an open investigation regarding these allegations that was initiated on 4/4/2022.

On 5/12/2022, the N2 Major advised that he talked to the Individual this morning and he has just received a couple of Restrictive Housing cuts and made no mention of anything being wrong with his cell or living conditions.
On 4/28/2022 Kimberly Martin, RN, BSN, DON advised that per review of the individual in custody's medical record, the individual in custody was seen in the HCU for chemical gas exposure. NP Crane notes, "individual in custody states "why are you playing games?". A/Ox4, respiratory even/unlabored, individual lays on bunk refuses to open eyes, self-reports "I can't' see". Lungs clear, heart RRR, bowel sound x4 quads. Patient became agitated during assessment/interview and refused to answer further questions, stood up with assistance, would not try to walk but then stood at eye wash station cursing at staff, visit ended. Advised patient to terminate hunger strike, increase water intake. Educated patient on possible consequences of continued hunger strike, ie: organ failure, death. Individual would not acknowledge that he verbalized understanding of information, only would ask this NP name and stated, "my people gonna know you". The offender did not express complaints of wrist or back pain during medical assessment in HCU.
The Grievance Office cannot award monetary compensation.

The individual in custody may submit a transfer request with his Counselor according to procedure.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Morris _____ Robert _____ _____ R71372 _____
Last Name                                    First Name                          MI              ID#

**Facility:** Menard _____

☒ Grievance: Facility Grievance # (if applicable) 253-4-22 _____ Dated: 4/24/2022 _____ or ☐ Correspondence: Dated: _____

Received: 6/30/2022 _____ Regarding: Staff conduct - claims staff maced grievant while having medical issues, excessive force, dirty cell on
4/4/22. _____
Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief
Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the
attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the
offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review
Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be
addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this
issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

**Other** (specify): CAO review completed on 5/13/2022. However, due to the nature of grievant's claims, this office verified with I/A that the
investigation was complete and the claims were unsubstantiated. _____

Completed by: Margaret Madole _____     _Margaret Madole_____     7/11/2022 _____
Print Name                                                    Signature                        Date

Distribution:  Offender                          *Printed on Recycled Paper*              DOC 0070 (Rev. 3/2018)
Inmate Issues

Thomas

STATE OF ILLINOIS

RANDOLPH COUNTY | AFFIDAVIT

I Kevonta Thomas, M40256. located in menard c.c in cell N2 5-05 5 cells down from mr. morris R71372, whos on crisis watch and hunger strike.

I came back from group on April 4, 2022 at about 10:25 am I noticed A LT. at mr morris door along with the internal affairs officer recording him, I could hear mr. morris complaining about his legs and heart which have been hurting him for A few days Now. After I heard his complaints that was disregarded by staff, the tact team came and was saying get up off the ground, morris said he couldnt and was complaining about chest pain and his legs. The tact team then opened his door After they sprayed O.C mase. once in the cell I could hear morris saying "im not resisting" and that his chest hurt. then the tact team dragged him from his cell and placed him in a wheel chair, and then he was took off the gallery.

Declaration of penalty of perjury
Pursuant to 28 U.S.C. 1746.18 U.S.C. 1621 or 735 ILcs 5/1-109. I am a witness in this action and every-thing in this action is true and correct to the best of my knowledge.

April 4 2022        Kevonta Thomas

\Kevonta Thomas

STATE OF ILLINOIS }

RANDOLPH COUNTY }

## Affidavit

I, Allen Brown Jr, R53255 located in Menard Correctional center in cell N2 5-08 2 cells down from Mr. Morris R71372, who is on crisis watch and hunger strike.

I came back from group on April 4, 2022 at approx 10:30 am I noticed a LT. at Mr. Morris door along with the internal affairs ofc recording him I could hear Mr. Morris complaining about his legs and his heart which have been bothering him for a few days now. After I overheard his complaints that were disregarded by staff the tact team came and was saying get up off the ground, Morris said he couldn't and was complaining of chest pains and his legs. Also I noticed the Tact Team was now recording the incident on video.

They opened his door I could hear Mr. Morris repeatedly saying "Im not resisting" and that his chest hurts. He was dragged from his cell and placed in a wheel chair and they took him from the gallery

## Declaration of Penalty of Perjury

Pursuant to 28 U.S.C. 1746. 18 U.S.C. 1621 or 735 ILCS 5/1-109. I declare under this penalty of perjury that i am the witness of this action and, that I've read this document and that it is true and correct to my knowledge.

April 4 2022 Monday

Allin Brown Jr
# R53255
P.O. Box 1000
Menard, IL 63254

ISSUE #3 EX# A

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

**Offender Information:**

Morris    Robert    MI    ID#: R71372
Last Name    First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/31/22 315A | RN Note<br>S: ——————<br>O: Sitting on floor by cell front. A/O x3. Informed will need to come out for vitals for H.S. 72° Direct eye contact. ∅ S/S of self-harm observed. Wearing safety smock.<br>A: Alt in thought process H.S. | P: CPM<br><br>KH amby |
| *3/31/22 330AM. | RN Note:<br>S: ——————<br>O: Laying on bunk. Resp E/u. Will not respond<br>Cont next pg | *P: Await security to secure<br>S Hamby |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Menard Correctional</u>      Center

| Offender Information: | | |
|---|---|---|
| Morris | Robert | ID#: R71372 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/31/22 330A | RN Note cont. when called. Resp 18 while writer @ cell front. Color good. Moves foot A: Hunger Strike | [signature] |
| 3/31/22 335A T-98⁴ P-19 R-18 BP-126/78 O₂-99% RA | RN Note: S: ————— Secured in cell by security Color-good, cap refill < 2 sec. Sitting up on bunk, does not fall over-security holding cuffs. Res Responds verbally with whispers. Cont next pg | P: ① Encourage H.S. termination. ② Encourage fluids. ③ Telephoned Dr. Meyers- Ø new orders, may stay in cell. [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Menard Correctional**        Center

**Offender Information:**

Morris (Last Name)   Robert (First Name)   ___ MI   ID#: R71372

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/31/22 335A | (Nurse)/CMT PROGRESS NOTE: Hunger Strike | *MUST OBTAIN REFUSALS for refusal of any evaluation or part of evaluation. |
|  | S) Declared Date: 3-28-22 Time of Declaration: 415A | P) |
|  | What is the cause of the Hunger Strike? unknown | Immediate MD Referral: MD Notification of Declaration Date:_____    Time_____ |
|  |  | Any patient on hunger strike **with** a chronic illness must have MD order for placement concerns. |
|  | When was the last time food and water was taken? unknown | Any inmate refusing prescribed medications due to hunger strike. |
|  | Any chronic illness? no Do you take medications? yes | Any inmate exhibiting signs and symptoms of impaired hydration. |
|  | Do you plan on continuing medications? ®Zyprexa x30days History of mental illness (check chart well) yes | Refer inmate to mental health provider for evaluation upon declaration and as needed. |
|  | O) |  |
|  | T 98 P 69 R 18 B/P 126/78 WT other | **72 Hours after Declaration** Lab drawn:_____ MD/ NP Evaluation:_____ Mental Health Evaluation:_____ |
|  | Urine Ketones (dipstick) daily after 72 hours. |  |
|  | Level of hydration: 1 Mouth/ Eye moisture: moist (mouth) Skin Turgor: good Frequency of urination: UTA | **Weekly Evaluations** of Lab, MD/NP, Mental Health must be completed. **Cannot exceed 7 days from last evaluation.** |
|  | Mental Health Assessment: Activity level: previously up-sitting @ cell front Conversation level: whispers Alertness: uncooperative Appropriateness of speech: Responds c̄ whispers | **Last Evaluation Date** Lab:_____ MD/ NP:_____ Mental Health:_____ |
|  |  |  |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional _____ Center

Offender Information:

Last Name                First Name                MI        ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **Termination of Hunger Strike**<br>Date: _____ Time: _____ | |
| | Food Consumed: | |
| | Notification of MD/ NP of termination:<br>Who:          Date/ Time: | |
| | Notification of Mental Health of termination:<br>Who:          Date/ Time: | |
| | **A) Hunger Strike** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Menard Correctional** Center

Offender Information:

| Morris | Robert | | ID#: R71372 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/31/22 335A | RN Note cont. Skin turgor good. Mouth moist. Refuses to open eyes. Skin warm & dry. Resp E/u. A: Hunger Strike | L Hamby |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Menard Correctional** Center

Offender Information:

*Morris* *Robert* ID#: *R71372*
Last Name                First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ISSUE #3   EX #B

ISSUE #3   EX #B

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ **Center**

| **Chemical Gas Exposure (Pepper Spray and Others)** | **Offender Information:** Morris _____ Robert _____ MI ___ ID#: 271372 |
| --- | --- |

| Date/Time | RN note Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 4-4-2022 1110A | S) - What were you exposed to? SIR "mace" | P) **Patient Teaching:** |
| | - Respiratory Distress? no | Major discomfort should disappear within 10-20 minutes |
| | O)    T    P    R    BP     WT.     Pulse Oximeter Reading - 96% | - Avoid rubbing eyes, scratching skin, etc. |
| | **Respiratory Distress – Conscious**   No Resp distress | - Continue self-administered cool water compresses/rinses, PRN if necessary or may shower |
| | - Clean face, eyes, nose, mouth with wet cloths soaked in fresh water. If on face, wash with soap and water. used eye wash station in N2 | Avoid the use of topical creams, as they may cause future burns |
| | - If coughing or any breathing problems, initiate oxygen by mask at 10-15 Liters/minute, call MD   n/A | - Follow up in sick call if no improvement, or if symptoms worsen |
| | - If asthmatic, assess for exacerbation - Suction oral pharyngeal area as necessary n/A | |
| | **Respiratory Distress – Unconscious** **CALL 911** - Keep supine, if breathing is adequate, insert airway and suction secretions | |
| | - Oxygen by face mask at 10-15 L/min | |
| | - If no respirations, initiate mouth to mouth breathing via Ambu- bag – **CALL 911** | |
| | - Check carotid pulse; if absent, initiate cardiac compressions – **CALL 911** | |
| | **Skin/Eye Exposure** - Remove from area and contaminated clothing done | |
| | - Wash skin with copious amount of water for 10 minutes done - Eyes can be flushed for 15 minutes (remove contacts) done | |
| | - Oleoresin sprays are not water soluble so encourage blinking to encourage tears to flush the irritant off eyes - Place into the wind done | Nurse Signature [signature] |
| | A) **Chemical Agent Exposure** | Payment voucher   YES    NO |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

_Printed on Recycled Paper_

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Outpatient Progress Notes

__Menard Correctional__ Center

| Offender Information: | | | |
|---|---|---|---|
| Morris | Robert | | ID#: 271372 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

_____**Menard Correctional**_____ Center

**Offender Information:**

| | | |
|---|---|---|
| Morris | Robert | ID#: R71372 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-4-22 1110A | **Nurse/CMT PROGRESS NOTE:** Hunger Strike | *MUST OBTAIN REFUSALS for any refusal of evaluation or part of evaluation. |
| | **S)** Declared Date: 3-28-22 Time of Declaration: 4:10a | **P)** |
| | What is the cause of the Hunger Strike? refuses to answer questions | Immediate MD Referral: MD Notification of Declaration: Date: _____ Time: _____ |
| | When was the last time food and water was taken? refuses to answer questions | Any patient on hunger strike with chronic illness must have MD order for placement concerns. |
| | Any chronic illness? Do you take any medications? refuses to answer | Any inmate refusing prescribed medications due to hunger strike |
| | Do you plan on continuing medications? History of mental illness (check chart well) refuses to answer | Any inmate exhibiting signs and symptoms of impaired hydration |
| | **O)** | Refer inmate to mental health provider for evaluation upon declaration and as needed. |
| | T    P    R    B/P    WT refused V/S & WT | |
| | Urine Ketones (dipstick) daily after 72 hours. refused | **72 Hour after Declaration** Lab Drawn: _____ MD/NP Evaluation: _____ Mental Health Evaluation: _____ |
| | Level of hydration: H Mouth/eye moisture: G skin turgor: G Frequency of urination: refuses to answer | |
| | Mental health assessment: sees MH Activity level: ↑ ad lib Conversation level clear Alertness: A & Ox3 Appropriateness of speech: appropriate | Weekly Evaluations of Lab, MD/NP, Mental Health must be completed. **Cannot exceed 7 days from last evaluation.** |
| | | **Last Evaluation Date** Lab: _____ MD/NP: _____ Mental Health: _____ |
| | | [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Menard Correctional__    Center

**Offender Information:**

Last Name: Morris    First Name: Robert    MI: ___    ID#: R71372

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | __Termination of Hunger Strike__ Date: _____ Time: _____ | |
| | Food Consumed: | |
| | Notification of MD NP of termination: Who: _____ Date Time | |
| | Notification of Mental Health of termination: Who: _____ Date Time | |
| | A) Hunger Strike | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

## ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Menard Correctional_____ Center

**CHEST PAIN**

Offender Information:

Last Name: _Morris_    First Name: _Robert_    MI: ___    ID#: _R71372_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 04/04/22 1:33AM | **RN NOTE** — **LPN/CMT NOTE** | **P) Stat EKG and MD Referral for all cases:** (call on-call MD if not on-site) |
| | S) - How long has the pain been present? _refuses to answer_ | - **Nursing Intervention when doctor is not present or cannot be reached and Myocardial Infarction or angina is suspected: (verify medications and allergies prior to treatment)** |
| | - How did it start (i.e., with activity, at rest, etc.)? _refuses to answer_ | |
| | - Any past medical history of heart problems? _refuses to answer_ | - Call 911 for immediate transport to a hospital<br>- Continue to monitor all vital signs and pulse ox |
| | - Describe the pain (sharp, knife-like, tightness, squeezing, dull, stabbing, etc.)? _refuses to answer_ | - Place patient in comfortable position, preferably lying back with head elevated |
| | - Pain on a scale of 1-10? _refuses to answer_ | - If patient does not have a contraindication to aspirin 325mg, give plain, non-coated 325mg aspirin tablet With sips of water. This can be chewed by the pt. |
| | - Any recent injury or muscle strain to the chest? _refuses to answer_ | - Monitor vital signs every 15 minutes if waiting for and ambulance |
| | - Identify cardiac risk factors? _refuses to answer_ | - Document status and treatment administered |
| | - Any associated symptoms? (nausea, vomiting, dyspnea, dizzy, diaphoresis, pain in an arm or in the neck) _refuses to answer_ | - Document history of pain, location, radiation, duration |
| | | - Start oxygen at four (4) liters/minute nasal cannula and monitor pulse oximeter |
| | - What relieves the pain? What intensifies the pain (coughing, breathing, movement, activity)? _refuses to answer_ | - Establish venous access line (18 or 20 gauge access) |
| | | - If the patient has been prescribed Nitroglycerine, this can be given sublingual 0.4mg as prescribed, document BP reading |
| | - Any recent injury or muscle strain to the chest? _self refuses to answer_ | - Await further MD orders |
| | - Current medication, compliance with medication, time of last dose? _refuses to answer_ | |
| | _Morris keeps repeating "My heart hurts."_<br>- Allergies to foods or medications? _refuses to answer._ | **OVER** |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Menard Correctional__ Center

**CHEST PAIN (Cont.)**

**Offender Information:**

Last Name: _Morris_    First Name: _Robert_    MI: ___    ID#: _R71372_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 04/04/22 1133AM | ① T 97² P 70 R 18 BP 118/74 WT ___ Pulse Oximeter Reading - 96% RA | **Patient Teaching:** |
| | - Note appearance (diaphoretic, SOB, skin color) ∅ SOB, skin warm, dry, normal skin color | - Dependent on cause of Chest Pain |
| | - Auscultate the lungs; note wheezing or abnormal breath sounds · CTA Bil | **Follow up:** |
| | - Check the heart rhythm; note any irregularities HRR | - As per physician direction |
| | - Observe for the following objective conditions and document | |
| | - Abnormal vital signs none | |
| | - Diaphoresis no | |
| | - Shortness of breath no | |
| | - Dizziness no | |
| | - Numbness radiating to arm, shoulder, mandible or neck no | |
| | - Nausea/Vomiting no | |
| | - Cyanosis no | |
| | - Weakness no | |
| | - Tenderness to palpation of chest wall none | |
| | - Pain with motion of shoulder or arm no | |
| | - Pain with deep inspiration or expiration no | |
| | - Skin color (pink, mottled, cyanotic, gray, pale, flushed) no abnormalities | |
| | - Skin temperature (warm, hot, cool, clammy, dry) warm, dry | |
| | | Nurse Signature |
| | A) **R/O Cardiac Induced Chest Pain** | Payment voucher    YES    NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ **Center**

| Offender Information: | | | |
|---|---|---|---|
| Morris | Robert | | ID#: R41372 |
| Last Name | First Name | MI | |

2022

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/4/22 1200 | NP Note | P) Advised pt to |
| 118/74 70 18 95% | S) "Why you playing games?" | terminate hunger strike |
| nonstatic | O) A+O x 4, resp EKg | ↑ H₂O intake |
| 120/84 86 | Individual lays | Educated pt |
| 110/82 94 | on bunk refuses to open eyes, S/R "I can't see" LCTAB heart RRR, B/S + U quads. Patient became agitated during assessment/ interview and refused to answer further questions stood up ō assistance | on possible consequences of continued hunger strike ie- organ failure death. Individual would not acknowledge that he verbalized understanding of information, only |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

_Printed on Recycled Paper_


Turn

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional　　　　Center

Offender Information:

| | | |
|---|---|---|
| Morris | Robert | R71372 |
| Last Name | First Name | MI　ID#: |

| Date/Time | NP Note,  Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/4/30 500 | (would not try to walk but, then stood at eye wash station cursing at Staff. Visit ended 8) Hunger Strike | would ask this NP name and Stated "my people gonna know you" Kramer |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)